## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| STANDARD FIRE INSURANCE COMPANY,<br>　　　　　　　　　　　　　Plaintiff<br><br>v.<br><br>CROSBY YACHT YARD, INC. AND,<br>OYSTER HARBORS MARINE, INC.,<br>　　　　　　　　　　　　　Defendants. | Civil Action No.<br>04-12244-GAO |

### NOTICE OF APPEARANCE

Please enter my appearance as attorney for defendant, Crosby Yacht Yard, Inc., in the above-entitled action.

By its attorney,

/s/ Seth S. Holbrook
Seth S. Holbrook, BBO# 237850
HOLBROOK & MURPHY
150 Federal Street, 12th Floor
Boston, MA 02110
(617) 428-1151
holbrook_murphy@msn.com

### Certificate of Service

I hereby certify that on October 29, 2004, I electronically filed a Notice of Appearance with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Robert E. Kiely, Regan & Kiely LLP, 85 Devonshire Street, Boston, Massachusetts 02109.

/s/ Seth S. Holbrook
Seth S. Holbrook, BBO# 237850
HOLBROOK & MURPHY
150 Federal Street, 12th Floor
Boston, MA 02110
(617) 428-1151
holbrook_murphy@msn.com