⚜AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of _____

STANDARD FIRE INSURANCE CO.

V.

CROSBY YACHT YARD, INC. and
OYSTER HARBORS MARINE, INC.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 04-12244 GAO

TO: (Name and address of Defendant)

Crosby Yacht Yard, Inc.
72 Crosby Circle
Osterville, MA  02655

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Robert E. Kiely, Esquire
Regan & Kiely LLP
85 Devonshire Street
Boston, MA  02109

an answer to the complaint which is served on you with this summons, within ___twenty___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.



TONY ANASTAS
CLERK

(By) DEPUTY CLERK

NOV 25 2004
DATE

%AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE November 3, 2004 |
| NAME OF SERVER (PRINT) Thomas C. Hyslop | TITLE Process Server & Disinterested Person |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify): by serving in-Hand upon Nat Berbig, Manager, Oyster Harbors Marine, INC., 122 Bridge St., Osterville, MA.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   11-3-04
             Date                    Thomas C. Hyslop
                                     *Signature of Server*

                                     92 State Street, Boston, MA 02109
                                     *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.