UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
ACE AMERICAN INSURANCE COMPANY,            )
FEDERAL INSURANCE COMPANY,                 )
INSURANCE COMPANY OF NORTH AMERICA,        )
MARYLAND CASUALTY COMPANY and              )     C.A. NO.
NORTHERN INSURANCE COMPANY,                )     04CV12252-WGY
    Plaintiffs,                           )
v.                                         )
                                           )
CROSBY YACHT YARD, INC. and                )
OYSTER HARBORS MARINE, INC.,               )
    Defendants.                           )
_____)

**RENEWED MOTION FOR CONSOLIDATION OF ACTIONS**
(Filed in C.A. No. 04-12244-GAO)

Now come the plaintiffs in the above-entitled action, and each of them, by their attorneys, renew their Motion for Consolidation of Actions with Civil Action No. 04-12244-GAO pursuant to the February 24, 2005 Order of the Court in Civil Action No. 04-12252-WGY. The following documents requesting consolidation, filed in the above-captioned matters, are attached herewith in renewal of the plaintiffs motion:

1. Motion for Consolidation of Actions;
2. Affidavit in Support of Motion for Consolidation of Actions;
3. Memorandum in Support of Motion for Consolidation of Actions; and
4. Defendant Crosby Yacht Yard Inc.'s Opposition to Plaintiff's Motion for Consolidation of Actions

Wherefore, the plaintiffs pray that the above-captioned actions be consolidated before Judge O'Toole with Civil Action No. 04-12244-GAO, *Standard Fire Insurance Company v. Crosby Yacht Yard, Inc. and Oyster Harbors Marine, Inc.*

ACE American Insurance Company,
Federal Insurance Company,
Insurance Company of North America,
Maryland Casualty Company and
Northern Insurance Company
By their attorney,

/s/ Thomas D. Frothingham
David J. Daly, Esq. BBO #112840
Thomas D. Frothingham, Esq. BBO #645838
Daly Cavanaugh LLP
27 Mica Lane
Wellesley, MA  02481
(781) 237-0600

## Certificate of Service

      I hereby certify that on February 28, 2005, I electronically filed plaintiffs' Renewed Motion for Consolidation of Actions with the four attached documents referred to therein with the Clerk of the Court in CV No. 04-12244-GAO with the CM/ECF system, which will send out notification to the following parties:

1. John H. Bruno, II, Esq.
2. Seth H. Holbrook, Esq.
3. Robert E. Kiely, Esq.

/s/ Thomas D. Frothingham
Thomas D. Frothingham, BBO #645838
Daly Cavanaugh LLP
27 Mica Lane, Suite 101
Wellesley, MA  02481
(781) 237-0600