UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ACE AMERICAN INSURANCE COMPANY, )<br>FEDERAL INSURANCE COMPANY, )<br>INSURANCE COMPANY OF NORTH AMERICA, )<br>MARYLAND CASUALTY COMPANY and )<br>NORTHERN INSURANCE COMPANY )<br>    Plaintiffs, )<br>v. )<br>)<br>CROSBY YACHT YARD, INC. and )<br>OYSTER HARBORS MARINE, INC. )<br>    Defendants. )<br>) | C.A. NO.<br>04CV12252 |

AFFIDAVIT IN SUPPORT OF MOTION
FOR CONSOLIDATION OF ACTIONS

David J. Daly, being duly sworn, deposes and says:

1. I represent the plaintiffs in the above-entitled cause.

2. Said action was brought on the 25th of October 2004.

3. On the 25th of October 2004, C.A. No. 04CV12244-GAO was filed by the plaintiff Standard Fire Insurance Company against the same defendants.

4. Each of the above-entitled actions is now pending in this Court.

5. Each of said actions arose out of the same fire that is alleged to have occurred on the defendants' premises.

6. The issues in both of said actions arose out of the same transactions and are based upon the same facts, in that all of the plaintiffs are insurers seeking recovery of moneys paid to their insureds and boat owners seeking recovery of their deductibles, for damages as a the result of the fire, which fire is alleged to have occurred on the premises of the defendants', and to have been caused by, *inter alia*, the negligence of the defendants.

7. Each of said actions involves a common question of law and facts.

8. Considerable time and expense will be saved by the consolidation of the two actions.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY
THIS 7th DAY OF FEBRUARY, 2005

_____
David J. Daly, (BBO# 112840)
Daly Cavanaugh LLP
27 Mica Lane
Wellesley, MA 02481

Commonwealth of Massachusetts
County of Norfolk
Subscribed and sworn to before me this
7th day of ~~January,~~ February, 2005.

_____
Thomas D. Frothingham
Notary Public
My Commission expires: April 16, 2010