UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

*********************************

STANDARD FIRE INSURANCE COMPANY,
    Plaintiff

VS.

CROSBY YACHT YARD, INC. and
OYSTER HARBORS MARINE, INC.,
    Defendants

*********************************

DOCKET NO. 04-12244-GAO

## MOTION TO AMEND ANSWER OF THE DEFENDANT, OYSTER HARBORS MARINE, INC., TO ADD CROSSCLAIM

Now comes the defendant, Oyster Harbors Marine, Inc., and moves pursuant to Rule 15 of the Federal Rules of Civil Procedure to amend its pleading, Answer, to add a crossclaim against co-defendant, Crosby Yacht Yard, Inc.

As grounds therefore the Oyster Harbors Marine, Inc. states that the crossclaim will not complicate or prolong the prosecution of this action, but rather will promote judicial economy and avoid the possibility of inconsistent results. The crossclaims for contribution and indemnification arise out of the same circumstances upon which the plaintiff's claim is based. The adding of the crossclaims will in this case bring all of the potential claims arising out of the alleged fire which began at the Crosby Yacht Yard on December 10, 2003, to be adjudicated and handled in one action.

WHEREFORE, the Oyster Harbors Marine, Inc. requests that the motion to file the amended answer and crossclaim, copies of which are attached hereto, be allowed.

Respectfully submitted,

John H. Bruno II, Esquire
B.B.O. No. 542098
Masi & Bruno
124 Long Pond Road
Unit 11
Plymouth, MA 02360
(508)747-5277

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney(s) of record for each other party by mail / hand on 3/10/05