UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

STANDARD FIRE INSURANCE COMPANY,
    Plaintiff

2005 MAR 11  P 12: 38

VS.

U.S. DISTRICT COURT
DOCKET NO. 04-12244-GAO

CROSBY YACHT YARD, INC. and
OYSTER HARBORS MARINE, INC.,
    Defendants

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## CORPORATE DISCLOSURE STATEMENT PURSUANT
## TO LOCAL RULE 7.3(A)

Now comes the Oyster Harbors Marine, Inc. and states in conformance with Local Rule 7.3(A) that Oyster Harbors, Inc. has no parent corporation and that no publicly held company owns more than 10% of the Oyster Harbors, Inc. stock.

Respectfully submitted,

John H. Bruno II, Esquire
B.B.O. No. 542098
Masi & Bruno
124 Long Pond Road
Unit 11
Plymouth, MA 02360
(508)747-5277

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above
document was served upon the attorney(s) of
record for each other party by mail /-hand-on-
_____3|10|05_____