# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF MASSACHUSETTS

C.A. No. 04-12244-GAO
Consolidated

| | |
|---|---|
| STANDARD FIRE INSURANCE COMPANY, ) <br>     Plaintiff ) <br> ) <br> v. ) <br> ) <br> CROSBY YACHT YARD, INC and ) <br> OYSTER HARBORS MARINE , INC., ) <br>     Defendants ) | JOINT SCHEDULING <br> CONFERENCE <br> STATEMENT |

Pursuant to this Court's December 8, 2005 Notice of Scheduling Conference, and in accordance with Fed. R. Civ. P. 16(b) and Local Rule 16.1, the parties hereby submit the following Joint Statement, which includes the following: (1) A proposed agenda of matters to be discussed at the scheduling conference; (2) A proposed pretrial schedule (including a plan fro responding to the complaint, initial disclosures, discovery, the filing of motions, and a pretrial conference); and (3) Certifications required by Local Rule 16.1(D)(3)

**I.** **Matters to be discussed at scheduling conference.**

    A.    <u>Settlement</u>.    The parties have not yet discussed a possible settlement, but will do so prior to November 28, 2005.

    B.    <u>Trial By Magistrate Judge</u>.  At this time, the parties do not consent to trial by a Magistrate Judge.

    C.    <u>Proposed Pretrial Schedule</u>.

        1.    Initial Disclosures

        2.    Discovery – Fact and Expert

        3.    Motions

        4.    Pretrial Conference

    D.    <u>Any Matter Listed in Fed. R. Civ. P. 16(c).</u>

II.    **<u>Proposed Pretrial Schedule</u>**

    A.    <u>Discovery Plan</u>

See Attachment 1 entitled "Discovery Plan."

    B.    <u>Pretrial Conference</u>

The parties will be prepared to meet with the Court to discuss scheduling the trial of this matter on or after the dates each proposed in the attached Proposed Discovery Plan for the final pretrial conference.

III.    **<u>Certifications By Counsel and Parties</u>**

Pursuant to Local Rule 16.1(D)(3), attached hereto are certifications from counsel and authorized representatives of each party that they have conferred on the matters set forth in that Rule.

Respectfully submitted,

| | |
|---|---|
| ACE American Insurance Company, et. al. | Standard Fire Insurance Co. |
| By its attorney, | By its attorney, |
| /s/Paul F. Cavanaugh_____ | /s/Robert E. Kiely_____ |
| Paul F. Cavanaugh, BBO #561158 | Robert E. Kiely, BBO# |
| Daly Cavanaugh LLP | Regan & Kiely |
| 27 Mica Lane, Suite 101 | 85 Devonshire Street |
| Wellesley, MA  02481 | Boston, MA 02109 |
| | |
| Telephone:   (781) 237-0600 | Telephone:   (617) 723-0901 |

| | |
|---|---|
| Oyster Harbor Marine Business Trust, et. al. | One Beacon American Insurance Co. Robert E. Collins, BBO# |
| /s/Heather Davies_____ Heather E. Davies, BBO# McDonough, Hacking & Lavoie, LLC Counselors at Law 6 Beacon Street, Suite 815 Boston, MA 02108 | /s/Robert E. Collins_____ Robert E. Collins, BBO# Clinton & Muzyka 1 Washington Mall Suite 1400 Boston, MA 02108 |
| Telephone:   (617) 367-3822 | Telephone:   (617) 723-9165 |
| Crosby Yacht Yard, Inc. By its attorney, | Oyster Harbors Marine, Inc. By its attorney, |
| _____ Seth S. Holbrook, BBO# Holbrook & Murphy 150 Federal Street, 12th Floor Boston, MA 02210 | _/s/ John H. Bruno_____ John H. Bruno, BBO# Masi & Bruno 124 Long Pond Road, Unit 11 Plymouth, MA 02110 |
| Telephone:   (617) 428-1151 | Telephone:   (617) 747-5277 ext. 245 |

**Certificate of Service**

I hereby certify that on Monday, December 5, 2005, I electronically filed the Joint Scheduling Statement of the parties to this action with the Clerk of the Court using the CM/ECF system, Paul F. Cavanaugh

3

**Attachment 1**     **Proposed Discovery Plan**

| | Action |
|---|---|
| 1. | All amendments and/or supplements to the pleadings to be filed, reserving the right to amend and/or supplement if new evidence is introduced as a result of discovery. |
| 2. | Plaintiff shall answer defendant's interrogatories and respond to defendant's request for production. |
| 3. | The defendant shall answer plaintiff's interrogatories and respond to plaintiff's request for production of documents. |
| 4. | All factual depositions to be completed.  Each party to be limited to ten non-party factual depositions plus one deposition of each party. |
| 5. | Each plaintiff shall designate trial experts and shall disclose the information contemplated by FRCP 26(a)(2)(B).  Plaintiff's experts shall become available for deposition upon designation. Limit of seven property damage/marine surveyors, two experts Fire Origin & Cause experts, one fire safety expert and one Boat Yard Operator expert. |
| 6. | Number of admissions under FRCP limited to 150 served to each other party. |
| 7. | Each defendant shall designate trial experts and shall disclose the information contemplated by FRCP 26(a)(2) (B). Limit of two property damage/marine surveyors, two Fire Origin & Cause experts, one fire safety expert and one Boat Yard Operator expert. |
| 8. | All expert depositions to be completed, including *de bene esse* depositions. |
| 9. | All dispositive motions, and/or motions for summary judgment to be filed. |
| 10. | Final pre-trial conference. |

| | Deadlines | | | | | |
|---|---|---|---|---|---|---|
| | **Plaintiff** | **Plaintiff** | **Plaintiff** | **Plaintiff** | **Defendant** | **Defendant** |
| | Ace American Insurance Co. et. al. | Standard Fire Insurance Company | One Beacon American Insurance | Oyster Harbors Marine Business Trust, et. al. | Crosby Yacht Yard, Inc. | Oyster Harbors Marine, Inc. |
| 1. | April 15, 2006 | April 15, 2006 | April 15, 2006 | April 15, 2006 | April 15, 2006 | April 15, 2006 |
| 2. | May 15, 2006 | May 15, 2006 | May 15, 2006 | May 15, 2006 | | |
| 3. | | | | | May 15, 2006 | May 15, 2006 |
| 4. | October 7, 2006 | October 7, 2006 | October 7, 2006 | October 7, 2006 | October 7, 2006 | October 7, 2006 |
| 5. | August 1, 2006 | August 1, 2006 | August 1, 2006 | August 1, 2006 | | |
| 6. | October 15, 2006 | October 15, 2006 | October 15, 2006 | October 15, 2006 | October 15, 2006 | October 15, 2006 |
| 7. | | | | | September 1, 2006 | September 1, 2006 |
| 8. | December 31, 2006 | December 31, 2006 | December 31, 2006 | December 31, 2006 | December 31, 2006 | December 31, 2006 |
| 9. | February 28, 2007 | February 28, 2007 | February 28, 2007 | February 28, 2007 | February 28, 2007 | February 28, 2007 |
| 10 | April 30, 2007 | April 30, 2007 | April 30, 2007 | April 30, 2007 | April 30, 2007 | April 30, 2007 |