UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

C.A. No. 04-12244-GAO
Consolidated

| | |
|---|---|
| STANDARD FIRE INSURANCE COMPANY,<br>Plaintiff<br><br>v.<br><br>CROSBY YACHT YARD, INC and<br>OYSTER HARBORS MARINE, INC.,<br>Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

CERTIFICATION PURSUANT TO LOCAL RULE 16D.3

NOW COMES the Plaintiffs, ACE American Insurance Company, Federal Insurance Company, Insurance Company of North America, Maryland Casualty Company and Northern Insurance Company, to affirm that each party and their counsel has conferred with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and have considered the resolution of the litigation through the use of alternative dispute resolution programs such as those outlines in LR 16.4.

ACE American Insurance Company
Insurance Company of North America
By: _____
Judy Goebel
Dated:

Zurich Insurance Company
Maryland Casualty
Foremost Insurance Company
By: *Robin Butler*
Robin Butler
Dated: 12/6/05

Chubb Group of Insurance Companies
Federal Insurance
By: _____
Angela Nicolu-Liapis
Dated:

Counsel for the Plaintiffs,

*[signature]*
Paul F. Cavanaugh, BBO# 561158
Daly Cavanaugh LLP
27 Mica Lane, Suite 101
Wellesley, MA 02481
781-237-0600
Dated: 12-7-05

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

C.A. No. 04-12244-GAO
Consolidated

STANDARD FIRE INSURANCE COMPANY,
Plaintiff

v.

CROSBY YACHT YARD, INC and
OYSTER HARBORS MARINE, INC.,
Defendants

## CERTIFICATION PURSUANT TO LOCAL RULE 16D.3

NOW COMES the Plaintiffs, ACE American Insurance Company, Federal Insurance Company, Insurance Company of North America, Maryland Casualty Company and Northern Insurance Company, to affirm that each party and their counsel has conferred with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and have considered the resolution of the litigation through the use of alternative dispute resolution programs such as those outlines in LR 16.4.

ACE American Insurance Company
Insurance Company of North America
By: _____
Judy Goebel
Dated:

Zurich Insurance Company
Maryland Casualty
Foremost Insurance Company
By: _____
Robin Butler
Dated:

Chubb Group of Insurance Companies
Federal Insurance
By: *[signature]*
Angela Nicoll-Liapis
Dated: 12/7/05

Counsel for the Plaintiffs,

*[signature]*

Paul F. Cavanaugh, BBO# 561158
Daly Cavanaugh LLP
27 Mica Lane, Suite 101
Wellesley, MA 02481
781-237-0600
Dated: 12-7-05

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

C.A. No. 04-12244-GAO
Consolidated

---

**STANDARD FIRE INSURANCE COMPANY,**
  Plaintiff

v.

**CROSBY YACHT YARD, INC** and
**OYSTER HARBORS MARINE, INC.,**
  Defendants

---

### CERTIFICATION PURSUANT TO LOCAL RULE 16D.3

NOW COMES the Plaintiffs, ACE American Insurance Company, Federal Insurance Company, Insurance Company of North America, Maryland Casualty Company and Northern Insurance Company, to affirm that each party and their counsel has conferred with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and have considered the resolution of the litigation through the use of alternative dispute resolution programs such as those outlines in LR 16.4.

ACE American Insurance Company
Insurance Company of North America
By: _____
Judy Goebel
Dated: 12/6/05

Zurich Insurance Company
Maryland Casualty
Foremost Insurance Company
By: _____
Robin Butler
Dated:

Chubb Group of Insurance Companies
Federal Insurance
By: _____
Angela Nicolu-Liapis
Dated:

Counsel for the Plaintiffs,

_____
Paul F. Cavanaugh, BBO# 561158
Daly Cavanaugh LLP
27 Mica Lane, Suite 101
Wellesley, MA 02481
781-237-0600
Dated: 12-7-05