UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STANDARD FIRE INSURANCE CO., )<br>)<br>Plaintiff,   )<br>v.    )<br>)<br>CROSBY YACHT YARD, INC. AND )<br>OYSTER HARBORS MARINE, INC., )<br>)<br>Defendants.   ) | CIVIL ACTION NO. 04-12244 GAO |

**DEFENDANT, CROSBY YACHT YARD, INC.'S CERTIFICATION**

Now comes the defendant, Crosby Yacht Yard, Inc., by and through its undersigned representative, and hereby affirms that it has conferred with counsel:

(a) with a view to establishing a budget for the cost of conducting the full course-and various alternative courses-of the litigation; and,

(b) to consider the resolution of this litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4

Respectfully submitted,

/s/ Robert Milana
Authorized Representative

/s/ Seth S. Holbrook
Seth S. Holbrook, BBO# 237850
Holbrook & Murphy
15 Broad Street, Ste 900
Boston, MA  02109
(617) 428-1151
holbrook_murphy@msn.com

## Certificate of Service

      I hereby certify that on December 7, 2005, I electronically filed Defendant, Crosby Yacht Yard, Inc.'s Certification with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel electronically.

    /s/ Seth S. Holbrook
Seth S. Holbrook, BBO# 237850
HOLBROOK & MURPHY
15 Broad Street, Suite 900
Boston, MA 02109
(617) 428-1151
holbrook_murphy@msn.com