# CLINTON & MUZYKA, P.C.

ONE WASHINGTON MALL, SUITE 1400

BOSTON, MA 02108

617.723.9165 TEL

617.720.3489 FAX

RCOLLINS@CLINMUZYKA.COM

---

# FACSIMILE TRANSMITTAL SHEET

| TO: | FROM: |
|---|---|
| Seth S. Holbrook, Esq. | Robert E. Collins, Esq. |

| COMPANY: | DATE: |
|---|---|
| HOLBROOK & MURPHY | May 3, 2006 |

| FAX NUMBER: | TOTAL NO. OF PAGES INCLUDING COVER: |
|---|---|
| 617-523-7379 | 2 |

| PHONE NUMBER: |
|---|
| 617-428-1151 |

RE:
**Standard Fire Insurance Company vs. Crosby Yacht Yard, Inc. And Oyster Harbors Marine, Inc.
CONSOLIDATED
C.A. No: 04-12244-GAO**

NOTES/COMMENTS:

Dear Mr. Holbrook:

    I am sure you will agree that I have been most patient. However, I must insist upon discovery responses forthwith. Should I not receive answers to interrogatories and responses to request for production of documents which were propounded on December 20, 2005 on or before May 17, 2006, I will have no alternative but to file Motions to Compel.

Very truly yours,

*Robert E. Collins*