# HOLBROOK & MURPHY

ATTORNEYS AT LAW
PROCTORS IN ADMIRALTY

---

15 BROAD STREET
SUITE 900
BOSTON, MASSACHUSETTS 02109

TELEPHONE (617) 428-1151
FACSIMILE (617) 523-7379

holbrook_murphy@msn.com

## FACSIMILE TRANSMITTAL SHEET

**DATE:** May 17, 2006

**TO:** Robert E. Collins

**FACSIMILE:** 617-720-3489

**RE:** Standard Fire Insurance Co. v. Crosby Yach Yard, Inc., et. al.
C.A. No.: 04-12244-GAO

**FROM:** Seth S. Holbrook

**REMARKS:** Further to your facsimile of May 3, 2006, we respectfully request an extension until May 26, 2006 in which to provide our discovery materials to you.

Please advise if this is a problem. Thank you for your cooperation.

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: /

THIS MESSAGE IS INTENDED FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED, AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE, AND RETURN THE ORIGINAL MESSAGE TO US VIA U.S. MAIL. THANK YOU.