UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| OYSTER HARBORS MARINE BUSINESS TRUST, as successor in interest to, OYSTER HARBORS MARINE, INC. and HANOVER INSURANCE COMPANY, as subrogee of, RICHARD P. MCCOY, and GLENS FALLS INSURANCE COMPANY, as subrogee of, ALFRED & HELEN CALLAHAN, III<br><br>Plaintiffs,<br><br>v.<br><br>CROSBY YACHT YARD, INC.<br><br>Defendant. | CIVIL ACTION NO.<br><br>04-12244 GAO |

## WITHDRAWAL OF APPEARANCE

Kindly enter my Withdrawal of Appearance on behalf of the Plaintiffs, Oyster Harbors Marine Business Trust, as successor in interest to, Oyster Harbors Marine, Inc. and Hanover Insurance Company, as subrogee of Richard P. McCoy, and Glens Falls Insurance Company, as subrogee of, Alfred & Helen Callahan, III, in the above-captioned consolidated matter. Mark B. Lavoie, Esq. and Deborah Crinigan, Esq. will continue as counsel for the Plaintiffs.

Respectfully submitted by the Plaintiffs,
Oyster Harbor Marine Business Trust, Hanover Insurance Company, and Glens Falls Insurance Company
By their attorney,

_____
Heather E. Davies, BBO#651739
McDonough, Hacking & Lavoie, LLC
6 Beacon Street, Suite 815
Boston, MA 02108
(617) 367-0808

**CERTIFICATE OF SERVICE**
I hereby certify that I served a copy of the foregoing pleading on all parties by mailing same, postage prepaid, to all counsel of record.
Signed under the pains and penalties of perjury.

DATED: 6/6/06 HED