UNITED STATES DISTRICT COURT
UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| OYSTER HARBORS MARINE BUSINESS TRUST, as successor in interest to, OYSTER HARBORS MARINE, INC.<br>and<br>HANOVER INSURANCE COMPANY, as subrogee of, RICHARD P. MCCOY, and<br>GLENS FALLS INSURANCE COMPANY, as subrogee of, ALFRED & HELEN CALLAHAN, III<br>          Plaintiffs,<br><br>v.<br><br>CROSBY YACHT YARD, INC.<br>          Defendant. | CIVIL ACTION NO. . 04CV12244 |

## NOTICE OF CHANGE OF ADDRESS

Please be advised that counsel for the Plaintiffs, Oyster Harbors Marine Business Trust, as successor in interest to, Oyster Harbors Marine, Inc. and Hanover Insurance Company, as subrogee of Richard P. McCoy, and Glens Falls Insurance Company, as subrogee of, Alfred & Helen Callahan, III, Mark B. Lavoie, hereby provides notice to all parties that effective June 2, 2006, his address will change to the following:

McDonough, Hacking & Lavoie, LLC
One Washington Mall
Boston, MA 02108.

Kindly correct the service list to reflect this change and forward all future pleadings and correspondence to this address above.

Please note that the telephone number and fax number will remain the same.

By their attorney,

/s/ Mark B. Lavoie
Mark B. Lavoie, BBO# 553204
McDonough, Hacking & Lavoie, LLC
6 Beacon Street, Suite 815
Boston, MA 02108
617-367-0808

CERTIFICATE OF SERVICE

I hereby certify that I served a copy of the foregoing pleading on all parties by mailing same, postage prepaid, to all counsel of record.
Signed under the pains and penalties of perjury.

DATED: HED 6/12/06