## REGAN & KIELY LLP

ATTORNEYS AT LAW
AND
PROCTORS IN ADMIRALTY

85 DEVONSHIRE STREET
BOSTON, MASSACHUSETTS 02109

JOSEPH A. REGAN
ROBERT E. KIELY
SYD A. SALOMAN

CHRISTOPHER S. HAYES (1965-1995)

TELEPHONE (617) 723-0901
FAX (617) 723-0977

March 1, 2006

Seth Holbrook, Esquire
Holbrook & Murphy
150 Federal Street
Boston, MA 02110

Re: Standard Fire Insurance Company v. Crosby Yacht Yard, Inc. and Oyster Harbors Marine, Inc. - C.A. No. 04CV12244GAO
Our File No. S1038

Dear Mr. Holbrook:

Enclosed please find the following documents in connection with the above-entitled matter:

1. Interrogatories Propounded by Plaintiff Standard Fire Insurance Company to Defendant Crosby Yacht Yard, Inc.;

2. Plaintiff Standard Fire Insurance Company's First Request for Production of Documents Directed to Defendant Crosby Yacht Yard, Inc.; and

3. Plaintiff Standard Fire Insurance Company's Request for Admissions Propounded to the Defendant, Crosby Yacht Yard, Inc.

Very truly yours,

REGAN & KIELY LLP

Robert E. Kiely

REK/cb

REGAN & KIELY, LLP

Seth Holbrook, Esquire
March 1, 2006
Page 2

Enclosures

cc:  John H. Bruno, II, Esquire
     David Daly, Esquire
     Robert Collins, Esquire