**REGAN & KIELY LLP**
88 BLACK FALCON AVE., STE. 330
BOSTON, MA 02210
(Telephone (617) 723-0901)
(Facsimile No. (617) 723-0977)

**FACSIMILE TRANSMISSION SHEET**

DATE:  June 16, 2006

**PLEASE DELIVER THE FOLLOWING PAGES TO:**

| | |
|---|---|
| NAME: | Seth Holbrook, Esq. |
| COMPANY: | Holbrook & Murphy |
| TELECOPIER: | (617) 523-7379 |

| | |
|---|---|
| FROM: | John D. Blaisdell, Esquire |
| COMPANY: | Regan & Kiely LLP |
| FILE NO.: | **S1038** |

We are transmitting **2** page(s) including this cover letter.  If transmission is not complete, please call (617) 723-0901.

COMMENTS:

clb/s1038.holbrook-fax-1

**REGAN & KIELY LLP**

ATTORNEYS AT LAW
AND
PROCTORS IN ADMIRALTY

88 BLACK FALCON AVENUE, SUITE 330

BOSTON, MASSACHUSETTS 02210

JOSEPH A. REGAN
ROBERT E. KIELY
JOHN D. BLAISDELL
JULIE C. EASTER

CHRISTOPHER S. HAYES (1965-1995)

TELEPHONE (617) 723-0901
FAX (617) 723-0977

June 16, 2006

**(Via Facsimile (617) 523-7379) and First Class Mail**
Seth Holbrook, Esq.
Holbrook & Murphy
150 Federal Street
12th Floor
Boston, MA 02110

Re:   In Re: Crosby Yacht Yard
      Date of Loss: 12/11/2003
      Our File No.: S1038

Dear Mr. Holbrook:

   Please accept this correspondence regarding the above referenced Matter. The undersigned left telephone message with you on this day regarding Crosby Yacht Yard, Inc.'s overdue discovery responses. In particular, Answers to Interrogatories and Responses to Admissions and Request for Documents are all more than two months overdue. Please recall your conversation in early April, 2006 with Bob Kiely regarding Crosby's overdue discovery. Please provide the outstanding discovery by Wednesday, June 21, 2006. Please contact the undersigned to discuss these matters otherwise the proper motions to compel will be filed with the Court. Thank you for your attention. I look forward to hearing from you.

                                        Very truly yours,

                                        REGAN & KIELY LLP

                                        *[signature]*
                                        John D. Blaisdell

JDB/

clb/s1038.holbrook-1