UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STANDARD FIRE INSURANCE COMPANY,<br>                   Plaintiff<br><br>v.<br><br>CROSBY YACHT YARD, INC. AND<br>OYSTER HARBORS MARINE, INC.,<br>                   Defendants | CIVIL ACTION NO. 04-12244GAO<br>CONSOLIDATED |

**AFFIDAVIT OF ATTORNEY JOHN D. BLAISDELL IN SUPPORT OF PLAINTIFF, STANDARD FIRE INSURANCE COMPANY'S MOTION TO COMPEL**

I, John D. Blaisdell, upon oath and under the pains and penalties of perjury do hereby state under personal knowledge and belief as follows:

1. My name is John D. Blaisdell and I am an attorney in good standing in the Commonwealth of Massachusetts.

2. I am admitted to practice law in the Commonwealth of Massachusetts, the United States District Court – District of Massachusetts and the United States Appeals Court – First Circuit of Appeals.

3. I am counsel for the above captioned Plaintiff, Standard Fire Insurance Company.

4. On June 16, 2006 I left a telephone message with counsel of record for the Defendant, Crosby Yacht Yard, Inc. ("Crosby") requesting a conference and discussion regarding Crosby's overdue and outstanding discovery responses.

5. On June 16, 2006 I wrote to counsel of record for Crosby requesting a phone call regarding Crosby's overdue and outstanding discovery responses.

6. As of this date, neither I nor any other attorney for Standard Fire Insurance Company has received either a return phone call or responses to the overdue discovery.

Signed and sworn to under the pains and penalties of perjury this 26th day of June, 2006.

_____
John D. Blaisdell

clb/s1038.affidavit of jdb