# DALY CAVANAUGH LLP
### ATTORNEYS AT LAW
27 Mica Lane, Suite 101
Wellesley, Massachusetts 02481

TELEPHONE: (781) 237-0600
FACSIMILE: (781) 237-6010

June 20, 2006

**VIA FIRST CLASS MAIL**

Seth S. Holbrook, Esq.
Holbrook & Murphy
15 Broad Street
Suite 900
Boston, MA 02109

RE: Standard Fire Insurance Co. v. Crosby Yacht Yard, Inc., Et. Al., Consolidated
Civil Action No.: 04-12244-GAO
Our File No: 433.58

Dear Mr. Holbrook,

We have not received our answers to Interrogatories, Requests for Production of Documents and Requests for Admissions from your client, Crosby Yacht Yard, Inc. Crosby was served these documents on February 9, 2006. I believe three and half months is plenty of time in which to answer discovery. Also, we are still waiting on Crosby to disclose its 26(a) Disclosures which were due in early December at the Scheduling Conference. We did not receive a response to our letter dated February 1, 2006 regarding that matter. Please forward your answers to discovery and 26(a) Disclosures as soon as possible. Pursuant to Local Rule 37.1, please contact me for a discovery conference within seven (7) days. I should be available most of this and week other than Thursday afternoon. I look forward to hearing from you.

Thank you for your attention to this matter.

Very truly yours,

Paul F. Cavanaugh

cc: John H. Bruno, Esq.
    Robert E. Kiely, Esq.
    Robert E. Collins, Esq.
    Mark Lavoie, Esq.