UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
*******************************************
STANDARD FIRE INSURANCE COMPANY,
      Plaintiff

VS.                                                    DOCKET NO. 04-12244 GAO

CROSBY YACHT YARD, INC. and
OYSTER HARBORS MARINE, INC.,
      Defendants
*******************************************
ACE AMERICAN INSURANCE COMPANY,
FEDERAL INSURANCE COMPANY,
INSURANCE COMPANY OF NORTH AMERICA,
MARYLAND CASUALTY COMPANY,
NORTHERN INSURANCE COMPANY, SOLDIER
OF FORTUNE CORPORATION, DIANE L.
COMOLETTI, and JAMES F. CLEARY,
      Plaintiffs

VS.                                                    DOCKET NO. 04-12252-GAO

CROSCY YACHT YARD, INC. and
OYSTER HARBORS MARINE, INC.,
      Defendants
*******************************************
OYSTER HARBORS MARINE BUSINESS TRUST,
as successor in interest to, OYSTER HARBORS
MARINE, INC.
      and
HANOVER INSURANCE COMPANY,
as subrogee of RICHARD P. MCCOY
      and
GLENS FALLS INSURANCE COMPANY,
as subrogee of ALFRED & HELEN CALLAHAN III,
      Plaintiffs

VS.                                                    DOCKET NO. 05-10203- GAO

CROSBY YACHT YARD, INC.,
      Defendant
*******************************************
ONE BEACON AMERICA INSURANCE COMPANY,
      Plaintiff

VS.                                                    DOCKET NO. 05-10363-GAO

CROSBY YACHT YARD, INC.,
      Defendant
*******************************************
```

**REQUEST FOR ORAL ARGUMENT**
**(PURSUANT TO LR. 7.1(D))**

Now comes the defendant, Oyster Harbors Marine, Inc., in the above captioned matter and makes a Request for Oral Argument on its Motion for Summary Judgment.

Respectfully submitted,

/s/ John H. Bruno II
John H. Bruno II, Esquire
B.B.O. No. 542098
Masi & Bruno
124 Long Pond Road
Unit 11
Plymouth, MA 02360
(508)747-5277
JBruno@Hanover.com