**EXHIBIT 1**



# OYSTER HARBORS MARINE
122 Bridge Street, Osterville, MA 02655
508-428-2017 * fax 508-420-5398

## 2003-2004 STORAGE AGREEMENT

- **James Cleary**
- **C/O ~~USB~~ UBS**
- **265 Franklin Street**
- **BostonMA02110**

ACCOUNT #:                          BOAT NAME: RAFT

BOAT MFG: Inflatable                LOA: 8'

### PLEASE FILL IN OR CORRECT THE ABOVE INFORMATION

**BOAT STORAGE CHARGE  $  200.00**
FOR STORAGE 10/01/03 to 06/30/04

**50% DUE WITH CONTRACT (by 10/1/03) $  100.00**

**50% TO BE BILLED 11/01/03           $  100.00**

1. 50% of the charges set forth are due and payable upon acceptance of the contract and the remaining balance payable upon receipt of bill from Oyster Harbors Marine for storage, unless other arrangements are made. The above charge does not include any charges for winterizing, maintaining, repairing, or any other services.

2. Standard lay-up and winterizing procedures will be performed on all boats. This consists of removal, where feasible, and storage of all electronic and engine electrical equipment including batteries. This work will be billed at standard yard rates.

3. In the event additional boats, dinghies, skiffs, outboard motors, or property (including batteries and outboard tanks) are stored, they shall be stored subject to the terms and conditions herein listed, at a rate to be determined at the time of storage.

4. That additional charges will be made for the storage of the property beyond the period hereinbefore set forth, but that there will be no refund, rebate or reduction for storage for any lesser period.

5. That the yard does not carry any insurance on the stored property and will not be held responsible or liable for any damage or loss to, or of, the property listed herein, or any other property or gear stored therein, and the Owner will obtain his own insurance and will hold the Yard, its Agents and Employees, harmless and free from all loss or claims arising out of the presence of the Owner's said property upon the Yard's premises.

6. That all work on boats out of water, in storage will be done by the Yard, unless otherwise agreed, in which case the Owner, his Agents, Servants, Captains, and individual Guests will hold the Yard harmless and free from personal injury incurred there from.

7. The Owner agrees to pay storage charges as set forth on the face of the contract, and understands that no boat may be removed from the storage area unless all accrued storage, repair, and all other charges are paid in full. In the event the boat is sold during the term of this contract, the Owner, who signed this contract, shall be responsible for all charges authorized or required under this contract, and the boat may only be sold subject to the terms and conditions of this contract. Invoices for work - either in process, or completed - are due and payable upon presentation.

8. The yard must be notified in writing when a boat in storage is listed for sale. No one will be allowed aboard a boat for inspection, due to insurance regulations, without notification of the Yard by the Owner or his Agent. Assistance given by the yard personnel will be charged at the normal labor rate on boats listed for sale at the Yard. This charge will be waived when appropriate.

9. The Yard specifically reserves all common law, statutory and admiralty liens, created by law, including, but not limited to, mechanics and maritime liens.

10. The rights and remedies provided by the Agreement shall be in addition to all other rights and remedies provided by law.

11. This agreement shall be governed by laws of the Commonwealth of Massachusetts.

Signature: _James F. Cleary_ Vessel's Owner/Agent    Date: 9/24/03

Please submit a signed copy of this contract with your 50% deposit by October 1, 2003.

122 Bridge Street, Osterville, MA 02655
508-428-2017 * fax 508-420-5398

## 2003-2004 STORAGE AGREEMENT

Robert S. Levine
Attn: Jeanne Hopkins
120 Aviation Ave.
Portsmouth, NH 03801

ACCOUNT#:            BOAT NAME: **WAR CHANT**

BOAT MFG: **Viking**      LOA: **68**

**PLEASE FILL IN OR CORRECT THE ABOVE INFORMATION**

**BOAT STORAGE CHARGE  $ 3842.00**
FOR STORAGE 10/01/03 to 06/30/04

**50% DUE WITH CONTRACT** (by 10/1/03) $ **1921.00**

**50% TO BE BILLED 11/01/03**  $ **1921.00**

1. 50% of the charges set forth are due and payable upon acceptance of the contract and the remaining balance payable upon receipt of bill from Oyster Harbors Marine for storage, unless other arrangements are made. The above charge does not include any charges for winterizing, maintaining, repairing, or any other services.

2. Standard lay-up and winterizing procedures will be performed on all boats. This consists of removal, where feasible, and storage of all electronic and engine electrical equipment including batteries. This work will be billed at standard yard rates.

3. In the event additional boats, dinghies, skiffs, outboard motors, or property (including batteries and outboard tanks) are stored, they shall be stored subject to the terms and conditions herein listed, at a rate to be determined at the time of storage.

4. That additional charges will be made for the storage of the property beyond the period hereinbefore set forth, but that there will be no refund, rebate or reduction for storage for any lesser period.

5. That the yard does not carry any insurance on the stored property and will not be held responsible or liable for any damage or loss to, or of, the property listed herein, or any other property or gear stored therein, and the Owner will obtain his own insurance and will hold the Yard, its Agents and Employees, harmless and free from all loss or claims arising out of the presence of the Owner's said property upon the Yard's premises.

6. That all work on boats out of water, in storage will be done by the Yard, unless otherwise agreed, in which case the Owner, his Agents, Servants, Captains, and individual Guests will hold the Yard harmless and free from personal injury incurred there from.

7. The Owner agrees to pay storage charges as set forth on the face of the contract, and understands that no boat may be removed from the storage area unless all accrued storage, repair, and all other charges are paid in full. In the event the boat is sold during the term of this contract, the Owner, who signed this contract, shall be responsible for all charges authorized or required under this contract, and the boat may only be sold subject to the terms and conditions of this contract. Invoices for work - either in process, or completed - are due and payable upon presentation.

8. The yard must be notified in writing when a boat in storage is listed for sale. No one will be allowed aboard a boat for inspection, due to insurance regulations, without notification of the Yard by the Owner or his Agent. Assistance given by the yard personnel will be charged at the normal labor rate on boats listed for sale at the Yard. This charge will be waived when appropriate.

9. The Yard specifically reserves all common law, statutory and admiralty liens, created by law, including, but not limited to, mechanics and maritime liens.

10. The rights and remedies provided by the Agreement shall be in addition to all other rights and remedies provided by law.

11. This agreement shall be governed by laws of the Commonwealth of Massachusetts.

Signature: _____ Vessel's Owner/Agent     Date: _____

Please submit a signed copy of this contract with your 50% deposit by October 1, 2003.

Mrs. Thomas Eastman
50 Pigeon Hill Road
WestonMA02193

ACCOUNT #:                    BOAT NAME:        **BOSTON WHALER**

BOAT MFG: Boston Whaler       LOA: 19

PLEASE FILL IN OR CORRECT THE ABOVE INFORMATION

**BOAT STORAGE CHARGE   $   $612.75**
FOR STORAGE 10/01/03 to 06/30/04

**50% DUE WITH CONTRACT** (by 10/1/03)   $   **$306.38**

**50% TO BE BILLED 11/01/03**            $   **$306.38**

1. 50% of the charges set forth are due and payable upon acceptance of the contract and the remaining balance payable upon receipt of bill from Oyster Harbors Marine for storage, unless other arrangements are made. The above charge does not include any charges for winterizing, maintaining, repairing, or any other services.

2. Standard lay-up and winterizing procedures will be performed on all boats. This consists of removal, where feasible, and storage of all electronic and engine electrical equipment including batteries. This work will be billed at standard yard rates.

3. In the event additional boats, dinghies, skiffs, outboard motors, or property (including batteries and outboard tanks) are stored, they shall be stored subject to the terms and conditions herein listed, at a rate to be determined at the time of storage.

4. That additional charges will be made for the storage of the property beyond the period hereinbefore set forth, but that there will be no refund, rebate or reduction for storage for any lesser period.

5. That the yard does not carry any insurance on the stored property and will not be held responsible or liable for any damage or loss to, or of, the property listed herein, or any other property or gear stored therein, and the Owner will obtain his own insurance and will hold the Yard, its Agents and Employees, harmless and free from all loss or claims arising out of the presence of the Owner's said property upon the Yard's premises.

6. That all work on boats out of water, in storage will be done by the Yard, unless otherwise agreed, in which case the Owner, his Agents, Servants, Captains, and individual Guests will hold the Yard harmless and free from personal injury incurred there from.

7. The Owner agrees to pay storage charges as set forth on the face of the contract, and understands that no boat may be removed from the storage area unless all accrued storage, repair, and all other charges are paid in full. In the event the boat is sold during the term of this contract, the Owner, who signed this contract, shall be responsible for all charges authorized or required under this contract, and the boat may only be sold subject to the terms and conditions of this contract. Invoices for work - either in process, or completed - are due and payable upon presentation.

8. The yard must be notified in writing when a boat in storage is listed for sale. No one will be allowed aboard a boat for inspection, due to insurance regulations, without notification of the Yard by the Owner or his Agent. Assistance given by the yard personnel will be charged at the normal labor rate on boats listed for sale at the Yard. This charge will be waived when appropriate.

9. The Yard specifically reserves all common law, statutory and admiralty liens, created by law, including, but not limited to, mechanics and maritime liens.

10. The rights and remedies provided by the Agreement shall be in addition to all other rights and remedies provided by law.

11. This agreement shall be governed by laws of the Commonwealth of Massachusetts.

Signature: _____ Vessel's Owner/Agent    Date: 9-23-03

Please submit a signed copy of this contract with your 50% deposit by October 1, 2003.

+ Janet's @ 546. —
Wish

received
9-27-03

$852.38

122 Bridge Street, Osterville, MA 02655
508-428-2017 * fax 508-420-5398

## 2003-2004 STORAGE AGREEMENT

- **Warren Foss**
- **35 Elm Rock Road**
  **BronxvilleNY10708**

ACCOUNT #:                          BOAT NAME:      **SWAN'S WAY**

BOAT MFG: **Unknown**               LOA:  **18**

### PLEASE FILL IN OR CORRECT THE ABOVE INFORMATION

**BOAT STORAGE CHARGE    $ $580.50**
FOR STORAGE 10/01/03 to 06/30/04

**50% DUE WITH CONTRACT** (by 10/1/03)  $  **$290.25**

**50% TO BE BILLED 11/01/03**           $  **$290.25**

1. 50% of the charges set forth are due and payable upon acceptance of the contract and the remaining balance payable upon receipt of bill from Oyster Harbors Marine for storage, unless other arrangements are made. The above charge does not include any charges for winterizing, maintaining, repairing, or any other services.

2. Standard lay-up and winterizing procedures will be performed on all boats. This consists of removal, where feasible, and storage of all electronic and engine electrical equipment including batteries. This work will be billed at standard yard rates.

3. In the event additional boats, dinghies, skiffs, outboard motors, or property (including batteries and outboard tanks) are stored, they shall be stored subject to the terms and conditions herein listed, at a rate to be determined at the time of storage.

4. That additional charges will be made for the storage of the property beyond the period hereinbefore set forth, but that there will be no refund, rebate or reduction for storage for any lesser period.

5. That the yard does not carry any insurance on the stored property and will not be held responsible or liable for any damage or loss to, or of, the property listed herein, or any other property or gear stored therein, and the Owner will obtain his own insurance and will hold the Yard, its Agents and Employees, harmless and free from all loss or claims arising out of the presence of the Owner's said property upon the Yard's premises.

6. That all work on boats out of water, in storage will be done by the Yard, unless otherwise agreed, in which case the Owner, his Agents, Servants, Captains, and individual Guests will hold the Yard harmless and free from personal injury incurred there from.

7. The Owner agrees to pay storage charges as set forth on the face of the contract, and understands that no boat may be removed from the storage area unless all accrued storage, repair, and all other charges are paid in full. In the event the boat is sold during the term of this contract, the Owner, who signed this contract, shall be responsible for all charges authorized or required under this contract, and the boat may only be sold subject to the terms and conditions of this contract. Invoices for work - either in process, or completed - are due and payable upon presentation.

8. The yard must be notified in writing when a boat in storage is listed for sale. No one will be allowed aboard a boat for inspection, due to insurance regulations, without notification of the Yard by the Owner or his Agent. Assistance given by the yard personnel will be charged at the normal labor rate on boats listed for sale at the Yard. This charge will be waived when appropriate.

9. The Yard specifically reserves all common law, statutory and admiralty liens, created by law, including, but not limited to, mechanics and maritime liens.

10. The rights and remedies provided by the Agreement shall be in addition to all other rights and remedies provided by law.

11. This agreement shall be governed by laws of the Commonwealth of Massachusetts.

Signature: _____ Vessel's Owner/Agent      Date: __9/21/03__

Please submit a signed copy of this contract with your 50% deposit by October 1, 2003.

received
9-25-3
$290.25

122 Bridge Street, Osterville, MA 02655
508-428-2017 * fax 508-420-5398

## 2003-2004 STORAGE AGREEMENT

Mr. Paul Clapp
2 Eastern Road
Acton, MA 01720

      ACCOUNT #: CLAPPP        BOAT NAME: MAULY

      BOAT MFG: CABO   LOA: 37

### PLEASE FILL IN OR CORRECT THE ABOVE INFORMATION

**BOAT STORAGE CHARGE $ 2090.50**
FOR STORAGE 10/01/03 to 06/30/04

**50% DUE WITH CONTRACT (by 10/1/03) $ 1045.25**

**50% TO BE BILLED 11/01/03     $ 1045.25**

1. 50% of the charges set forth are due and payable upon acceptance of the contract and the remaining balance payable upon receipt of bill from Oyster Harbors Marine for storage, unless other arrangements are made. The above charge does not include any charges for winterizing, maintaining, repairing, or any other services.

2. Standard lay-up and winterizing procedures will be performed on all boats. This consists of removal, where feasible, and storage of all electronic and engine electrical equipment including batteries. This work will be billed at standard yard rates.

3. In the event additional boats, dinghies, skiffs, outboard motors, or property (including batteries and outboard tanks) are stored, they shall be stored subject to the terms and conditions herein listed, at a rate to be determined at the time of storage.

4. That additional charges will be made for the storage of the property beyond the period hereinbefore set forth, but that there will be no refund, rebate or reduction for storage for any lesser period.

5. That the yard does not carry any insurance on the stored property and will not be held responsible or liable for any damage or loss to, or of, the property listed herein, or any other property or gear stored therein, and the Owner will obtain his own insurance and will hold the Yard, its Agents and Employees, harmless and free from all loss or claims arising out of the presence of the Owner's said property upon the Yard's premises.

6. That all work on boats out of water, in storage will be done by the Yard, unless otherwise agreed, in which case the Owner, his Agents, Servants, Captains, and individual Guests will hold the Yard harmless and free from personal injury incurred there from.

7. The Owner agrees to pay storage charges as set forth on the face of the contract, and understands that no boat may be removed from the storage area unless all accrued storage, repair, and all other charges are paid in full. In the event the boat is sold during the term of this contract, the Owner, who signed this contract, shall be responsible for all charges authorized or required under this contract, and the boat may only be sold subject to the terms and conditions of this contract. Invoices for work - either in process, or completed - are due and payable upon presentation.

8. The yard must be notified in writing when a boat in storage is listed for sale. No one will be allowed aboard a boat for inspection, due to insurance regulations, without notification of the Yard by the Owner or his Agent. Assistance given by the yard personnel will be charged at the normal labor rate on boats listed for sale at the Yard. This charge will be waived when appropriate.

9. The Yard specifically reserves all common law, statutory and admiralty liens, created by law, including, but not limited to, mechanics and maritime liens.

10. The rights and remedies provided by the Agreement shall be in addition to all other rights and remedies provided by law.

11. This agreement shall be governed by laws of the Commonwealth of Massachusetts.

Signature: _____ Vessel's Owner/Agent    Date: 11-18-03

Please submit a signed copy of this contract with your 50% deposit by October 1, 2003.

122 Bridge Street, Osterville, MA 02655
508-428-2017 * fax 508-420-5398

## 2003-2004 STORAGE AGREEMENT

- **James Harrington**
- **C/O Dolphin Resource Group**
- **370 Main Street, Suite 850**
  **WorcesterMA01608**

ACCOUNT #:                    BOAT NAME:    **BOSTON WHALER**

BOAT MFG: **Unknown**         LOA: ~~15~~ / 3

### PLEASE FILL IN OR CORRECT THE ABOVE INFORMATION

**BOAT STORAGE CHARGE   $   $483.75**
FOR STORAGE 10/01/03 to 06/30/04

**50% DUE WITH CONTRACT (by 10/1/03) $   $241.88**

**50% TO BE BILLED 11/01/03         $   $241.88**

1. 50% of the charges set forth are due and payable upon acceptance of the contract and the remaining balance payable upon receipt of bill from Oyster Harbors Marine for storage, unless other arrangements are made. The above charge does not include any charges for winterizing, maintaining, repairing, or any other services.

2. Standard lay-up and winterizing procedures will be performed on all boats. This consists of removal, where feasible, and storage of all electronic and engine electrical equipment including batteries. This work will be billed at standard yard rates.

3. In the event additional boats, dinghies, skiffs, outboard motors, or property (including batteries and outboard tanks) are stored, they shall be stored subject to the terms and conditions herein listed, at a rate to be determined at the time of storage.

4. That additional charges will be made for the storage of the property beyond the period hereinbefore set forth, but that there will be no refund, rebate or reduction for storage for any lesser period.

5. That the yard does not carry any insurance on the stored property and will not be held responsible or liable for any damage or loss to, or of, the property listed herein, or any other property or gear stored therein, and the Owner will obtain his own insurance and will hold the Yard, its Agents and Employees, harmless and free from all loss or claims arising out of the presence of the Owner's said property upon the Yard's premises.

6. That all work on boats out of water, in storage will be done by the Yard, unless otherwise agreed, in which case the Owner, his Agents, Servants, Captains, and individual Guests will hold the Yard harmless and free from personal injury incurred there from.

7. The Owner agrees to pay storage charges as set forth on the face of the contract, and understands that no boat may be removed from the storage area unless all accrued storage, repair, and all other charges are paid in full. In the event the boat is sold during the term of this contract, the Owner, who signed this contract, shall be responsible for all charges authorized or required under this contract, and the boat may only be sold subject to the terms and conditions of this contract. Invoices for work - either in process, or completed - are due and payable upon presentation.

8. The yard must be notified in writing when a boat in storage is listed for sale. No one will be allowed aboard a boat for inspection, due to insurance regulations, without notification of the Yard by the Owner or his Agent. Assistance given by the yard personnel will be charged at the normal labor rate on boats listed for sale at the Yard. This charge will be waived when appropriate.

9. The Yard specifically reserves all common law, statutory and admiralty liens, created by law, including, but not limited to, mechanics and maritime liens.

10. The rights and remedies provided by the Agreement shall be in addition to all other rights and remedies provided by law.

11. This agreement shall be governed by laws of the Commonwealth of Massachusetts.

Signature: _____ Vessel's Owner/Agent:    Date: 24 SEP 03

Please submit a signed copy of this contract with your 50% deposit by October 1, 2003.



received
9-29-03
$ 241.88

508-428-2017 * fax 508-420-5398

## 2003-2004 STORAGE AGREEMENT

- Steven D. Comoletti
- 25 Myers Farm Rd.
  Hingham MA 02043

ACCOUNT #:                          BOAT NAME:        **FOUR SEAS 56**

BOAT MFG: Viking        LOA: 56

**PLEASE FILL IN OR CORRECT THE ABOVE INFORMATION**

**BOAT STORAGE CHARGE   $   $3,164.00**
FOR STORAGE 10/01/03 to 06/30/04

**50% DUE WITH CONTRACT** (by 10/1/03)  $   $1,582.00

**50% TO BE BILLED 11/01/03**           $   $1,582.00

1. 50% of the charges set forth are due and payable upon acceptance of the contract and the remaining balance payable upon receipt of bill from Oyster Harbors Marine for storage, unless other arrangements are made. The above charge does not include any charges for winterizing, maintaining, repairing, or any other services.

2. Standard lay-up and winterizing procedures will be performed on all boats. This consists of removal, where feasible, and storage of all electronic and engine electrical equipment including batteries. This work will be billed at standard yard rates.

3. In the event additional boats, dinghies, skiffs, outboard motors, or property (including batteries and outboard tanks) are stored, they shall be stored subject to the terms and conditions herein listed, at a rate to be determined at the time of storage.

4. That additional charges will be made for the storage of the property beyond the period hereinbefore set forth, but that there will be no refund, rebate or reduction for storage for any lesser period.

5. That the yard does not carry any insurance on the stored property and will not be held responsible or liable for any damage or loss to, or of, the property listed herein, or any other property or gear stored therein, and the Owner will obtain his own insurance and will hold the Yard, its Agents and Employees, harmless and free from all loss or claims arising out of the presence of the Owner's said property upon the Yard's premises.

6. That all work on boats out of water, in storage will be done by the Yard, unless otherwise agreed, in which case the Owner, his Agents, Servants, Captains, and individual Guests will hold the Yard harmless and free from personal injury incurred there from.

7. The Owner agrees to pay storage charges as set forth on the face of the contract, and understands that no boat may be removed from the storage area unless all accrued storage, repair, and all other charges are paid in full. In the event the boat is sold during the term of this contract, the Owner, who signed this contract, shall be responsible for all charges authorized or required under this contract, and the boat may only be sold subject to the terms and conditions of this contract. Invoices for work - either in process, or completed - are due and payable upon presentation.

8. The yard must be notified in writing when a boat in storage is listed for sale. No one will be allowed aboard a boat for inspection, due to insurance regulations, without notification of the Yard by the Owner or his Agent. Assistance given by the yard personnel will be charged at the normal labor rate on boats listed for sale at the Yard. This charge will be waived when appropriate.

9. The Yard specifically reserves all common law, statutory and admiralty liens, created by law, including, but not limited to, mechanics and maritime liens.

10. The rights and remedies provided by the Agreement shall be in addition to all other rights and remedies provided by law.

11. This agreement shall be governed by laws of the Commonwealth of Massachusetts.

Signature: _____ Vessel's Owner/Agent     Date: 9/26/03

Please submit a signed copy of this contract with your 50% deposit by October 1, 2003.

PAID 9-26-03
$ 3,164.00

TOTAL P.08

122 Bridge Street, Osterville, MA
508-428-2017 * fax 508-420-5398

RONALD MILLER  2003-2004 STORAGE AGREEMENT
1080 CHESTNUT STREET
SAN FRANCISCO, CA 94109

    ACCOUNT #:                      BOAT NAME:   LADY

    BOAT MFG:  OBM       LOA:    16

### PLEASE FILL IN OR CORRECT THE ABOVE INFORMATION

**BOAT STORAGE CHARGE  $  884.00**
FOR STORAGE 10/01/03 to 06/30/04

**50% DUE WITH CONTRACT** (by 10/1/03) **$  442.00**

**50% TO BE BILLED 11/01/03**        **$  442.00**

1. 50% of the charges set forth are due and payable upon acceptance of the contract and the remaining balance payable upon receipt of bill from Oyster Harbors Marine for storage, unless other arrangements are made. The above charge does not include any charges for winterizing, maintaining, repairing, or any other services.

2. Standard lay-up and winterizing procedures will be performed on all boats. This consists of removal, where feasible, and storage of all electronic and engine electrical equipment including batteries. This work will be billed at standard yard rates.

3. In the event additional boats, dinghies, skiffs, outboard motors, or property (including batteries and outboard tanks) are stored, they shall be stored subject to the terms and conditions herein listed, at a rate to be determined at the time of storage.

4. That additional charges will be made for the storage of the property beyond the period hereinbefore set forth, but that there will be no refund, rebate or reduction for storage for any lesser period.

5. That the yard does not carry any insurance on the stored property and will not be held responsible or liable for any damage or loss to, or of, the property listed herein, or any other property or gear stored therein, and the Owner will obtain his own insurance and will hold the Yard, its Agents and Employees, harmless and free from all loss or claims arising out of the presence of the Owner's said property upon the Yard's premises.

6. That all work on boats out of water, in storage will be done by the Yard, unless otherwise agreed, in which case the Owner, his Agents, Servants, Captains, and individual Guests will hold the Yard harmless and free from personal injury incurred there from.

7. The Owner agrees to pay storage charges as set forth on the face of the contract, and understands that no boat may be removed from the storage area unless all accrued storage, repair, and all other charges are paid in full. In the event the boat is sold during the term of this contract, the Owner, who signed this contract, shall be responsible for all charges authorized or required under this contract, and the boat may only be sold subject to the terms and conditions of this contract. Invoices for work - either in process, or completed - are due and payable upon presentation.

8. The yard must be notified in writing when a boat in storage is listed for sale. No one will be allowed aboard a boat for inspection, due to insurance regulations, without notification of the Yard by the Owner or his Agent. Assistance given by the yard personnel will be charged at the normal labor rate on boats listed for sale at the Yard. This charge will be waived when appropriate.

9. The Yard specifically reserves all common law, statutory and admiralty liens, created by law, including, but not limited to, mechanics and maritime liens.

10. The rights and remedies provided by the Agreement shall be in addition to all other rights and remedies provided by law.

11. This agreement shall be governed by laws of the Commonwealth of Massachusetts.

Signature: _____ Vessel's Owner/Agent     Date: _____

Please submit a signed copy of this contract with your 50% deposit by October 1, 2003.

TOTAL P.06

122 Bridge Street, Osterville, MA 02655
508-428-2017  *  fax 508-420-5398

## 2003-2004 STORAGE AGREEMENT

- Robert Tarr, Jr.
- Unit #2
- 3 Commonwealth Ave.
- BostonMA02116

ACCOUNT #:                     BOAT NAME:        **TREADER**

BOAT MFG: Boston Whaler         LOA: 22

### PLEASE FILL IN OR CORRECT THE ABOVE INFORMATION

**BOAT STORAGE CHARGE   $   $1,001.00**
FOR STORAGE 10/01/03 to 06/30/04

**50% DUE WITH CONTRACT** (by 10/1/03)  $   $500.50

**50% TO BE BILLED 11/01/03**             $   $500.50

1. 50% of the charges set forth are due and payable upon acceptance of the contract and the remaining balance payable upon receipt of bill from Oyster Harbors Marine for storage, unless other arrangements are made. The above charge does not include any charges for winterizing, maintaining, repairing, or any other services.

2. Standard lay-up and winterizing procedures will be performed on all boats. This consists of removal, where feasible, and storage of all electronic and engine electrical equipment including batteries. This work will be billed at standard yard rates.

3. In the event additional boats, dinghies, skiffs, outboard motors, or property (including batteries and outboard tanks) are stored, they shall be stored subject to the terms and conditions herein listed, at a rate to be determined at the time of storage.

4. That additional charges will be made for the storage of the property beyond the period hereinbefore set forth, but that there will be no refund, rebate or reduction for storage for any lesser period.

5. That the yard does not carry any insurance on the stored property and will not be held responsible or liable for any damage or loss to, or of, the property listed herein, or any other property or gear stored therein, and the Owner will obtain his own insurance and will hold the Yard, its Agents and Employees, harmless and free from all loss or claims arising out of the presence of the Owner's said property upon the Yard's premises.

6. That all work on boats out of water, in storage will be done by the Yard, unless otherwise agreed, in which case the Owner, his Agents, Servants, Captains, and individual Guests will hold the Yard harmless and free from personal injury incurred there from.

7. The Owner agrees to pay storage charges as set forth on the face of the contract, and understands that no boat may be removed from the storage area unless all accrued storage, repair, and all other charges are paid in full. In the event the boat is sold during the term of this contract, the Owner, who signed this contract, shall be responsible for all charges authorized or required under this contract, and the boat may only be sold subject to the terms and conditions of this contract. Invoices for work - either in process, or completed - are due and payable upon presentation.

8. The yard must be notified in writing when a boat in storage is listed for sale. No one will be allowed aboard a boat for inspection, due to insurance regulations, without notification of the Yard by the Owner or his Agent. Assistance given by the yard personnel will be charged at the normal labor rate on boats listed for sale at the Yard. This charge will be waived when appropriate.

9. The Yard specifically reserves all common law, statutory and admiralty liens, created by law, including, but not limited to, mechanics and maritime liens.

10. The rights and remedies provided by the Agreement shall be in addition to all other rights and remedies provided by law.

11. This agreement shall be governed by laws of the Commonwealth of Massachusetts.

Signature: _____ Vessel's Owner/Agent    Date: 9/19/03

Please submit a signed copy of this contract with your 50% deposit by October 1/2003.

received 9-19-03   $ 500.50

508-428-2017  *  fax 508-420-5398

## 2003-2004 STORAGE AGREEMENT

**Paul Donahue - Cape Cod**
**170 Newbury St.**
**BostonMA02116**

ACCOUNT #:            BOAT NAME:     **GO EASY**

BOAT MFG: **Oyster Harbors Marine**     LOA: **14**

### PLEASE FILL IN OR CORRECT THE ABOVE INFORMATION

**BOAT STORAGE CHARGE**  $  **$773.50**
FOR STORAGE 10/01/03 to 06/30/04

**50% DUE WITH CONTRACT** (by 10/1/03)  $  **$386.75**

**50% TO BE BILLED 11/01/03**  $  **$386.75**

1. 50% of the charges set forth are due and payable upon acceptance of the contract and the remaining balance payable upon receipt of bill from Oyster Harbors Marine for storage, unless other arrangements are made. The above charge does not include any charges for winterizing, maintaining, repairing, or any other services.

2. Standard lay-up and winterizing procedures will be performed on all boats. This consists of removal, where feasible, and storage of all electronic and engine electrical equipment including batteries. This work will be billed at standard yard rates.

3. In the event additional boats, dinghies, skiffs, outboard motors, or property (including batteries and outboard tanks) are stored, they shall be stored subject to the terms and conditions herein listed, at a rate to be determined at the time of storage.

4. That additional charges will be made for the storage of the property beyond the period hereinbefore set forth, but that there will be no refund, rebate or reduction for storage for any lesser period.

5. That the yard does not carry any insurance on the stored property and will not be held responsible or liable for any damage or loss to, or of, the property listed herein, or any other property or gear stored therein, and the Owner will obtain his own insurance and will hold the Yard, its Agents and Employees, harmless and free from all loss or claims arising out of the presence of the Owner's said property upon the Yard's premises.

6. That all work on boats out of water, in storage will be done by the Yard, unless otherwise agreed, in which case the Owner, his Agents, Servants, Captains, and individual Guests will hold the Yard harmless and free from personal injury incurred there from.

7. The Owner agrees to pay storage charges as set forth on the face of the contract, and understands that no boat may be removed from the storage area unless all accrued storage, repair, and all other charges are paid in full. In the event the boat is sold during the term of this contract, the Owner, who signed this contract, shall be responsible for all charges authorized or required under this contract, and the boat may only be sold subject to the terms and conditions of this contract. Invoices for work - either in process, or completed - are due and payable upon presentation.

8. The yard must be notified in writing when a boat in storage is listed for sale. No one will be allowed aboard a boat for inspection, due to insurance regulations, without notification of the Yard by the Owner or his Agent. Assistance given by the yard personnel will be charged at the normal labor rate on boats listed for sale at the Yard. This charge will be waived when appropriate.

9. The Yard specifically reserves all common law, statutory and admiralty liens, created by law, including, but not limited to, mechanics and maritime liens.

10. The rights and remedies provided by the Agreement shall be in addition to all other rights and remedies provided by law.

11. This agreement shall be governed by laws of the Commonwealth of Massachusetts.

Signature: _____ Vessel's Owner/Agent     Date: _____

Please submit a signed copy of this contract with your 50% deposit by October 1, 2003.

received
9-24-03
$386.75

122 Bridge Street, Osterville, MA 02655
508-428-2017 * fax 508-420-5398

## 2003-2004 STORAGE AGREEMENT

- Paul D. Kaneb
- 165 Bayberry Way
  OstervilleMA02655

ACCOUNT #:                    BOAT NAME:        WESTERLY

BOAT MFG:  Oyster Harbors Marine        LOA:  24

**PLEASE FILL IN OR CORRECT THE ABOVE INFORMATION**

**BOAT STORAGE CHARGE    $  $1,644.00**
FOR STORAGE 10/01/03 to 06/30/04

**50% DUE WITH CONTRACT (by 10/1/03)  $  $822.00**

**50% TO BE BILLED 11/01/03           $  $822.00**

1. 50% of the charges set forth are due and payable upon acceptance of the contract and the remaining balance payable upon receipt of bill from Oyster Harbors Marine for storage, unless other arrangements are made. The above charge does not include any charges for winterizing, maintaining, repairing, or any other services.

2. Standard lay-up and winterizing procedures will be performed on all boats. This consists of removal, where feasible, and storage of all electronic and engine electrical equipment including batteries. This work will be billed at standard yard rates.

3. In the event additional boats, dinghies, skiffs, outboard motors, or property (including batteries and outboard tanks) are stored, they shall be stored subject to the terms and conditions herein listed, at a rate to be determined at the time of storage.

4. That additional charges will be made for the storage of the property beyond the period hereinbefore set forth, but that there will be no refund, rebate or reduction for storage for any lesser period.

5. That the yard does not carry any insurance on the stored property and will not be held responsible or liable for any damage or loss to, or of, the property listed herein, or any other property or gear stored therein, and the Owner will obtain his own insurance and will hold the Yard, its Agents and Employees, harmless and free from all loss or claims arising out of the presence of the Owner's said property upon the Yard's premises.

6. That all work on boats out of water, in storage will be done by the Yard, unless otherwise agreed, in which case the Owner, his Agents, Servants, Captains, and individual Guests will hold the Yard harmless and free from personal injury incurred there from.

7. The Owner agrees to pay storage charges as set forth on the face of the contract, and understands that no boat may be removed from the storage area unless all accrued storage, repair, and all other charges are paid in full. In the event the boat is sold during the term of this contract, the Owner, who signed this contract, shall be responsible for all charges authorized or required under this contract, and the boat may only be sold subject to the terms and conditions of this contract. Invoices for work - either in process, or completed - are due and payable upon presentation.

8. The yard must be notified in writing when a boat in storage is listed for sale. No one will be allowed aboard a boat for inspection, due to insurance regulations, without notification of the Yard by the Owner or his Agent. Assistance given by the yard personnel will be charged at the normal labor rate on boats listed for sale at the Yard. This charge will be waived when appropriate.

9. The Yard specifically reserves all common law, statutory and admiralty liens, created by law, including, but not limited to, mechanics and maritime liens.

10. The rights and remedies provided by the Agreement shall be in addition to all other rights and remedies provided by law.

11. This agreement shall be governed by laws of the Commonwealth of Massachusetts.

Signature: _[signature]_        Paul D. Kaneb    Vessel's Owner/Agent        Date: September 16, 2003

Please submit a signed copy of this contract with your 50% deposit by October 1, 2003.

[PAID 9/17/03]

$1,644.00

122 Bridge Street, Osterville, MA 02655
508-428-2017 * fax 508-420-5398

## 2003-2004 STORAGE AGREEMENT

- **John Laurendeau**
- **6 Babe Ruth Drive**
  **SudburyMA01776**

ACCOUNT #:                                BOAT NAME:        **SWEET CAROLINE (45)**

BOAT MFG: **Cabo**         LOA: **45**

PLEASE FILL IN OR CORRECT THE ABOVE INFORMATION

**BOAT STORAGE CHARGE**   $ ($2,542.50)
FOR STORAGE 10/01/03 to 06/30/04

*Paid in Full*
*✓ # 5621*

**50% DUE WITH CONTRACT** (by 10/1/03) $ **$1,271.25**

**50% TO BE BILLED 11/01/03**         $ **$1,271.25**

1. 50% of the charges set forth are due and payable upon acceptance of the contract and the remaining balance payable upon receipt of bill from Oyster Harbors Marine for storage, unless other arrangements are made. The above charge does not include any charges for winterizing, maintaining, repairing, or any other services.

2. Standard lay-up and winterizing procedures will be performed on all boats. This consists of removal, where feasible, and storage of all electronic and engine electrical equipment including batteries. This work will be billed at standard yard rates.

3. In the event additional boats, dinghies, skiffs, outboard motors, or property (including batteries and outboard tanks) are stored, they shall be stored subject to the terms and conditions herein listed, at a rate to be determined at the time of storage.

4. That additional charges will be made for the storage of the property beyond the period hereinbefore set forth, but that there will be no refund, rebate or reduction for storage for any lesser period.

5. That the yard does not carry any insurance on the stored property and will not be held responsible or liable for any damage or loss to, or of, the property listed herein, or any other property or gear stored therein, and the Owner will obtain his own insurance and will hold the Yard, its Agents and Employees, harmless and free from all loss or claims arising out of the presence of the Owner's said property upon the Yard's premises.

6. That all work on boats out of water, in storage will be done by the Yard, unless otherwise agreed, in which case the Owner, his Agents, Servants, Captains, and individual Guests will hold the Yard harmless and free from personal injury incurred there from.

7. The Owner agrees to pay storage charges as set forth on the face of the contract, and understands that no boat may be removed from the storage area unless all accrued storage, repair, and all other charges are paid in full. In the event the boat is sold during the term of this contract, the Owner, who signed this contract, shall be responsible for all charges authorized or required under this contract, and the boat may only be sold subject to the terms and conditions of this contract. Invoices for work - either in process, or completed - are due and payable upon presentation.

8. The yard must be notified in writing when a boat in storage is listed for sale. No one will be allowed aboard a boat for inspection, due to insurance regulations, without notification of the Yard by the Owner or his Agent. Assistance given by the yard personnel will be charged at the normal labor rate on boats listed for sale at the Yard. This charge will be waived when appropriate.

9. The Yard specifically reserves all common law, statutory and admiralty liens, created by law, including, but not limited to, mechanics and maritime liens.

10. The rights and remedies provided by the Agreement shall be in addition to all other rights and remedies provided by law.

11. This agreement shall be governed by laws of the Commonwealth of Massachusetts.

Signature: _____ Vessel's Owner/Agent    Date: 9/24/03

Please submit a signed copy of this contract with your 50% deposit by October 1, 2003.

[9-24-]
# 2542.50

122 Bridge Street, Osterville, MA
508-428-2017 * fax 508-420-5398

## 2003-2004 STORAGE AGREEMENT

**Richard Bendetson**
**14 Pierce Road**
**Wellesley MA 02481**

ACCOUNT #:                  BOAT NAME:     **THANKSGIVING**

BOAT MFG: **Herreshoff**       LOA: **16**

### PLEASE FILL IN OR CORRECT THE ABOVE INFORMATION

**BOAT STORAGE CHARGE  $  $884.00**
FOR STORAGE 10/01/03 to 06/30/04

**50% DUE WITH CONTRACT (by 10/1/03)  $  $442.00**

**50% TO BE BILLED 11/01/03           $  $442.00**

1. 50% of the charges set forth are due and payable upon acceptance of the contract and the remaining balance payable upon receipt of bill from Oyster Harbors Marine for storage, unless other arrangements are made. The above charge does not include any charges for winterizing, maintaining, repairing, or any other services.

2. Standard lay-up and winterizing procedures will be performed on all boats. This consists of removal, where feasible, and storage of all electronic and engine electrical equipment including batteries. This work will be billed at standard yard rates.

3. In the event additional boats, dinghies, skiffs, outboard motors, or property (including batteries and outboard tanks) are stored, they shall be stored subject to the terms and conditions herein listed, at a rate to be determined at the time of storage.

4. That additional charges will be made for the storage of the property beyond the period hereinbefore set forth, but that there will be no refund, rebate or reduction for storage for any lesser period.

5. That the yard does not carry any insurance on the stored property and will not be held responsible or liable for any damage or loss to, or of, the property listed herein, or any other property or gear stored therein, and the Owner will obtain his own insurance and will hold the Yard, its Agents and Employees, harmless and free from all loss or claims arising out of the presence of the Owner's said property upon the Yard's premises.

6. That all work on boats out of water, in storage will be done by the Yard, unless otherwise agreed, in which case the Owner, his Agents, Servants, Captains, and individual Guests will hold the Yard harmless and free from personal injury incurred there from.

7. The Owner agrees to pay storage charges as set forth on the face of the contract, and understands that no boat may be removed from the storage area unless all accrued storage, repair, and all other charges are paid in full. In the event the boat is sold during the term of this contract, the Owner, who signed this contract, shall be responsible for all charges authorized or required under this contract, and the boat may only be sold subject to the terms and conditions of this contract. Invoices for work - either in process, or completed - are due and payable upon presentation.

8. The yard must be notified in writing when a boat in storage is listed for sale. No one will be allowed aboard a boat for inspection, due to insurance regulations, without notification of the Yard by the Owner or his Agent. Assistance given by the yard personnel will be charged at the normal labor rate on boats listed for sale at the Yard. This charge will be waived when appropriate.

9. The Yard specifically reserves all common law, statutory and admiralty liens, created by law, including, but not limited to, mechanics and maritime liens.

10. The rights and remedies provided by the Agreement shall be in addition to all other rights and remedies provided by law.

11. This agreement shall be governed by laws of the Commonwealth of Massachusetts.

Signature: _CBendetson_____ Vessel's Owner/Agent    Date: 12/15/03

Please submit a signed copy of this contract with your 50% deposit by October 1, 2003.