UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
STANDARD FIRE INSURANCE COMPANY,
    Plaintiff

VS.                                                                                           DOCKET NO. 04-12244 GAO

CROSBY YACHT YARD, INC. and
OYSTER HARBORS MARINE, INC.,
    Defendants
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
ACE AMERICAN INSURANCE COMPANY,
FEDERAL INSURANCE COMPANY,
INSURANCE COMPANY OF NORTH AMERICA,
MARYLAND CASUALTY COMPANY,
NORTHERN INSURANCE COMPANY, SOLDIER
OF FORTUNE CORPORATION, DIANE L.
COMOLETTI, and JAMES F. CLEARY,
    Plaintiffs

VS.                                                                                           DOCKET NO. 04-12252-GAO

CROSCY YACHT YARD, INC. and
OYSTER HARBORS MARINE, INC.,
    Defendants
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
OYSTER HARBORS MARINE BUSINESS TRUST,
as successor in interest to, OYSTER HARBORS
MARINE, INC.
    and
HANOVER INSURANCE COMPANY,
as subrogee of RICHARD P. MCCOY
    and
GLENS FALLS INSURANCE COMPANY,
as subrogee of ALFRED & HELEN CALLAHAN III,
    Plaintiffs

VS.                                                                                           DOCKET NO. 05-10203- GAO

CROSBY YACHT YARD, INC.,
    Defendant
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
ONE BEACON AMERICA INSURANCE COMPANY,
    Plaintiff

VS.                                                                                           DOCKET NO. 05-10363-GAO

CROSBY YACHT YARD, INC.,
    Defendant
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

1

## NOTICE OF FILING WITH CLERK'S OFFICE

Notice is hereby given that the documents, exhibits or attachments listed below have been sent via first-class mail delivery and are to be manually filed with the Court and are available in paper form only:

(1)   Exhibit 1 to Oyster Harbors Marine, Inc.'s Motion for Summary Judgment

Dated: February 13, 2007

>Respectfully submitted,
>
>/s/ John H. Bruno II
>John H. Bruno II, Esquire
>B.B.O. No. 542098
>Masi & Bruno
>124 Long Pond Road
>Unit 11
>Plymouth, MA 02360
>(508)747-5277
>JBruno@Hanover.com

2

**CERTIFICATE OF SERVICE**

      I, John H. Bruno II, hereby certify that copies of the foregoing document were sent via first-class mail delivery this 13th day of February, 2007, addressed to the following counsel of record:

| | |
|---|---|
| John David Blaisdell<br>Robert E. Kiely, Esquire<br>Regan & Kiely, LLP<br>88 Black Falcon Avenue<br>Suite 330<br>Boston, MA 02210 | Seth S. Holbrook, Esquire<br>Holbrook & Murphy<br>15 Broad Street, Suite 98<br>Boston, MA 02110 |
| Paul F. Cavanaugh, Esquire<br>David Daly, Esquire<br>Thomas D. Frothingham, Esquire<br>Daly Cavanaugh, LLP<br>27 Mica Lane<br>Wellesley, MA 02481 | Mark Lavoie, Esquire<br>McDonough, Hacking & Lavoie, LLP<br>One Washington Mall<br>Boston, MA 02108 |
| Robert E. Collins, Esquire<br>Clinton & Muzyka<br>One Washington Mall<br>Suite 1400<br>Boston, MA 02108 | John F. Folan, Esquire<br>Folan & McGlone, P.C.<br>401 County Street<br>New Bedford, MA 02740 |
| Deborah A. Crinigan, Esquire<br>White and Williams LLP<br>1650 Market Street<br>Suite 1800<br>Philadelphia, PA 19103 | |

                                        Respectfully submitted,

                                        /s/ John H. Bruno II
                                        John H. Bruno II, Esquire