# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| STANDARD FIRE INSURANCE COMPANY,<br>Plaintiff<br><br>v.<br><br>CROSBY YACHT YARD, INC. AND,<br>OYSTER HARBORS MARINE, INC.,<br>Defendants. | )<br>)<br>)<br>)<br>)   Civil Action No.<br>)   04-12244-GAO<br>)<br>)<br>)<br>) |

## JOINT MOTION TO EXTEND EXPERT DISCOVERY

NOW COME the parties, by and through their undersigned attorneys, and move that the Court extend the deadline for completing the discovery regarding experts up to and including April 30, 2007.

As reason therefor, counsel state the additional time is necessary to prepare expert materials and obtain expert witness depositions. The parties have been actively engaged over the past several months in factual depositions and in gathering the numerous documents related to this matter. The parties have been cooperating throughout with regards to scheduling and this Motion is not intended to delay any of the proceedings.

WHEREFORE, the parties pray that the deadline to complete expert discovery be extended up through and including April 30, 2007.

By their attorneys,

  /s/ Seth S. Holbrook_____
Seth S. Holbrook
Holbrook & Murphy
238-240 Lewis Wharf
Boston, MA 02110
holbrook_murphy@msn.com

   /s/ Robert E. Kiely_____
Robert E. Kiely
Regan & Kiely, LLP
88 Black Falcon Avenue, Suite 330
Boston, MA 02210
rek@regankiely.com

  /s/ Robert E. Collins_____
Robert E. Collins
Clinton & Muzyka
One Washington Mall, Suite 1400
Boston, MA 02108
Rcollins@clinmuzyka.com

   /s/ John F. Folan_____
John F. Folan
Folan & McGlone P.C.
401 County Street
New Bedford, MA 02740
folan.mcglone@verizon.net

  /s/ Paul F. Cavanaugh_____
Paul F. Cavanaugh
Daly Cavanaugh LLP
27 Mica Lane
Wellesley, MA 02481
pfc@dalylaw.com

   /s/ Deborah A. Crinigan_____
Deborah A. Crinigan
White and Williams, LLP
1800 One Liberty Place
Philadelphia, PA 19103-7395
Crinigand@whiteandwilliams.com

/s/ John Bruno
John Bruno
Law Offices of Masi & Bruno
124 Long Pond Road, Unit 11
Plymouth, MA 02360
Jbruno@Allmerica.com

Certificate of Service

I hereby certify that on February 26, 2007, I electronically filed a Joint Motion to Extend Expert Discovery with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Robert E. Kiely
Regan & Kiely, LLP
88 Black Falcon Avenue, Suite 330
Boston, MA 02210

Robert E. Collins
Clinton & Muzyka
One Washington Mall, Suite 1400
Boston, MA 02108

John F. Folan
Folan & McGlone P.C.
401 County Street
New Bedford, MA 02740

Paul F. Cavanaugh
Daly Cavanaugh LLP
27 Mica Lane
Wellesley, MA 02481

Deborah A. Crinigan
White and Williams, LLP
1800 One Liberty Place
Philadelphia, PA 19103-7395

John Bruno
Law Offices of Masi & Bruno
124 Long Pond Road, Unit 11
Plymouth, MA 02360

/s/ Seth S. Holbrook
Holbrook & Murphy
238-240 Lewis Wharf
Boston, MA 02110
(617) 428-1151
holbrook_murphy@msn.com