UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| STANDARD FIRE INSURANCE COMPANY, )<br>                               Plaintiff   )<br>                                        )<br>                v.                       )<br>                                        )<br>CROSBY YACHT YARD, INC. AND,      )<br>OYSTER HARBORS MARINE, INC.,      )<br>                            Defendants.  )<br>                                        ) | Civil Action No.<br>04-12244-GAO |

### DEFENDANT CROSBY YACHT YARD INC.'S MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO MOTION FOR SUMMARY JUDGMENT (ASSENTED TO)

NOW COME the Defendant, Crosby Yacht Yard, Inc. by and through their undersigned attorneys, and moves that the deadline for filing its Opposition to the Co-Defendant, Oyster Harbors Marine, Inc.'s Motion for Summary Judgment be extended up to and including March 27, 2007.

As reason therefor, Defendant states the additional time is necessary because of the complex issues presented and the substantial number of claims in this matter. The additional time will enable counsel to properly prepare an Opposition.

Counsel for the moving party, Oyster Harbors Marine, Inc. assents to this Motion.

WHEREFORE, Defendant, Crosby Yacht Yard, Inc. prays that the time which to file its Opposition to Oyster Harbor Marine's Motion for Summary Judgment be extended up to and including March 27, 2007.

| Assented to: | By its attorneys, |
|---|---|
| /s/ John Bruno | /s/ Seth S. Holbrook |
| John Bruno, BBO# 542098 | Seth S. Holbrook, BBO# 237850 |
| Law Offices of Masi & Bruno | Holbrook & Murphy |
| 124 Long Pond Road, Unit 11 | 238-240 Lewis Wharf |
| Plymouth, MA 02360 | Boston, MA 02110 |
| (508) 747-5277 | (617) 428-1151 |
| Jbruno@Allmerica.com | holbrook_murphy@msn.com |

Certificate of Service

I hereby certify that on February 27, 2007, I electronically filed Defendant Crosby Yacht Yard Inc.'s Motion for Extension of Time to File Opposition to Motion for Summary Judgment with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Robert E. Kiely
Regan & Kiely, LLP
88 Black Falcon Avenue, Suite 330
Boston, MA 02210

Robert E. Collins
Clinton & Muzyka
One Washington Mall, Suite 1400
Boston, MA 02108

John F. Folan
Folan & McGlone P.C.
401 County Street
New Bedford, MA 02740

Paul F. Cavanaugh
Daly Cavanaugh LLP
27 Mica Lane
Wellesley, MA 02481

Deborah A. Crinigan
White and Williams, LLP
1800 One Liberty Place
Philadelphia, PA 19103-7395

John Bruno
Law Offices of Masi & Bruno
124 Long Pond Road, Unit 11

Plymouth, MA 02360

                                              /s/ Seth S. Holbrook  
                                              Holbrook & Murphy  
                                              238-240 Lewis Wharf  
                                              Boston, MA 02110  
                                              (617) 428-1151  
                                              holbrook_murphy@msn.com