UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| STANDARD FIRE INSURANCE COMPANY, )<br>Plaintiff ) | |
| ) | |
| v. ) | Civil Action No. |
| ) | 04-12244-GAO |
| CROSBY YACHT YARD, INC. AND, )<br>OYSTER HARBORS MARINE, INC., )<br>Defendants. ) | |

## DEFENDANT CROSBY YACHT YARD INC.'S MOTION FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTIONS (PARTIALLY ASSENTED TO)

NOW COMES the Defendant, Crosby Yacht Yard, Inc. by and through its undersigned attorneys, and moves that the time for filing dispositive motions be extended up to and including May 31, 2007.

As reason therefor, Defendant states the additional time is necessary and appropriate because of the new deadline for expert discovery, the varying nature of the claims and the complex issues presented. While it is unclear whether there is an established deadline for the filing of dispositive motions, defendant is filing this motion in an abundance of caution.

All counsel, except one, assent to this motion. Defendant's counsel was not able to reach the other in advance of filing this motion.

WHEREFORE, Defendant, Crosby Yacht Yard, Inc. prays that the time which to file dispositive motions be extended up to and including May 31, 2007.

By its attorneys,

/s/ Seth S. Holbrook
Seth S. Holbrook, BBO# 237850
Holbrook & Murphy
238-240 Lewis Wharf
Boston, MA 02110
(617) 428-1151
holbrook_murphy@msn.com

Assented to:

/s/ Robert E. Kiely
Robert E. Kiely
Regan & Kiely, LLP
88 Black Falcon Avenue, Suite 330
Boston, MA 02210
rek@regankiely.com


/s/ Robert E. Collins
Robert E. Collins
Clinton & Muzyka
One Washington Mall, Suite 1400
Boston, MA 02108
Rcollins@clinmuzyka.com


/s/ John F. Folan
John F. Folan
Folan & McGlone P.C.
401 County Street
New Bedford, MA 02740
folan.mcglone@verizon.net


/s/ Paul F. Cavanaugh
Paul F. Cavanaugh
Daly Cavanaugh LLP
27 Mica Lane
Wellesley, MA 02481
pfc@dalylaw.com

/s/ John Bruno
John Bruno
Law Offices of Masi & Bruno
124 Long Pond Road, Unit 11
Plymouth, MA 02360
Jbruno@Allmerica.com

Local Rule 7.1(a)(2) Certificate

I certify that attempted to resolve or narrow the issues presented by this motion with opposing counsel who did not assent but was unable to do so.

……Seth S. Holbrook

Certificate of Service

I hereby certify that on February 28, 2007, I electronically filed Defendant Crosby Yacht Yard Inc.'s Motion for Extension of Time to File Dispositive Motions with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Robert E. Kiely
Regan & Kiely, LLP
88 Black Falcon Avenue, Suite 330
Boston, MA 02210

Robert E. Collins
Clinton & Muzyka
One Washington Mall, Suite 1400
Boston, MA 02108

John F. Folan
Folan & McGlone P.C.
401 County Street
New Bedford, MA 02740

Paul F. Cavanaugh
Daly Cavanaugh LLP
27 Mica Lane
Wellesley, MA 02481

Deborah A. Crinigan
White and Williams, LLP
1800 One Liberty Place
Philadelphia, PA 19103-7395

John Bruno
Law Offices of Masi & Bruno
124 Long Pond Road, Unit 11
Plymouth, MA 02360

/s/ Seth S. Holbrook
Holbrook & Murphy
238-240 Lewis Wharf
Boston, MA 02110
(617) 428-1151
holbrook_murphy@msn.com