UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

C.A. No. 04-12244-GAO
Consolidated

| | |
|---|---|
| STANDARD FIRE INSURANCE COMPANY,<br>       Plaintiff | )<br>)<br>) |
| v. | )<br>) |
| CROSBY YACHT YARD, INC and<br>OYSTER HARBORS MARINE , INC.,<br>       Defendants | )<br>)<br>) |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Please take notice of the withdrawal of my appearance in the above matter as counsel for the plaintiffs, ACE American Insurance Company, Federal Insurance Company, Insurance Company of North America, Maryland Casualty Company, Northern Insurance Company, Soldier of Fortune, Diane L. Comoletti, and James F. Cleary, in the above referenced consolidated action, as well as in C.A. No. 04-12252-WGY.  These plaintiffs will continue to be represented by Paul F. Cavanaugh.


Respectfully submitted,
For the Plaintiff,

ACE American Insurance Co. et.al.,
By their attorney,
/s/ Thomas D. Frothingham
Thomas D. Frothingham, BBO#645838
Attorney at Law
P.O. Box 164
Waban, MA 02468
617-244-3099

### Certificate of Service

   I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified in the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on March 13, 2007.