***WMS Services***

*Multi-disciplinary automotive and marine service station consultant.*
_____

| | |
|---|---|
| ***Curriculum Vitae of*** | **WILLIAM M. SHAUGHNESSY** |
| Mail: | Post Office Box 443, Halifax, MA. 02338 |
| Telephone/Facsimile: | (781) 293-9619 |
| E-mail: | wmsservices@msn.com |

## *Background*

Broad experience providing *petroleum product hazard analysis and risk management to the* automotive and marine service station industry. Areas of expertise include cause and origin of fire and explosion, regulatory compliance, storage and dispensing of petroleum products, underground storage tanks and piping, financial responsibility, cathodic protection, and environmental vapor control systems. Specialist in marina fuel operations.

## *Employment History*

1997 - 2005    Principal, WMS Services, Halifax, Massachusetts. Corporate compliance consultant to Independent Petroleum Marketer operating gasoline / convenience store locations throughout New England. Established and managed corporate compliance program. Responsible to protect company assets and employees, oversee loss prevention and facility security, safety, audit and ensure compliance with federal, state, local laws and regulations, and train employees in safety and security awareness.

1969 - 1997    Massachusetts State Trooper. Assignments include Uniform Patrol, Executive Security, District Attorney Investigator (CPAC), State Fire Marshal Designee, and Headquarters Major Crimes Detective. Responsible for investigation and case management of Homicide, Narcotics, Bank Robbery, Grand Larceny, Auto Theft and Accidents, Arson, Fraud, and White Collar Crimes. Extensive civil and criminal experience. Qualified Expert Witness. Proficient in state and federal court room procedure.

1969 - 1997    Massachusetts State Trooper. Assigned to Uniform Patrol, Detective Division. Major Crimes, District Attorney Investigator (CPAC), Homicide, Narcotics, White Collar crime. Extensive civil and criminal investigation experience. Proficient in state and federal court room procedure. State Police Detective designated State Fire Marshal responsible to manage and coordinate arson, fraud by fire and regulatory compliance.

1983 - 1988    Instructor. Massachusetts Criminal Justice Training Council. Regulatory Compliance, Search and Seizure and Criminal Investigation.

1984 - 1997    Massachusetts State Fire Marshal. State Police Detective designated State Fire Marshal responsible to manage and coordinate fire cause and origin investigations, fraud by fire and public safety regulatory compliance. Director of Marine Fueling Program, Director of Underground Storage Tank Yard Program. Author, Code of Massachusetts Fire Prevention Regulations. Administrator of three federal Underground Storage Tank grants. Established successful statewide fire officer compliance training program.

1992 - 1996    Chief Regulatory Enforcement Officer. Commonwealth of Massachusetts, Department of Public Safety, Office of the State Fire Marshal. Delegated with the responsibility of managing compliance with state fire prevention and life safety code. (MGL c 148, 527 CMR).

1991 - 1997    Director, State Marine Fueling Program. Designated State Fire Marshal. Administer the Program. Responsible to oversee inspection, review and approve the permitting of Marine Fueling sites, research, prepare and recommend changes of state fire prevention regulations, to the Massachusetts Board of Fire Prevention and to testify at Public at Hearing. Designated to affix the signature of the State Fire Marshal. Articulate written reports in a timely fashion.

1995 - 1997     Manager, Underground Steel Storage Tank Dismantling Yard Program. Designated State Fire Marshal. Administered the Program. Responsible to approve the permitting of Tank Dismantling sites. Research, prepare and recommend changes of state fire prevention regulations to the Massachusetts Board of Fire Prevention and to testify at Public at Hearings. Designated to affix the signature of the State Fire Marshal.

1993 - 1996     Chairman, Underground Storage Tank Petroleum Product Cleanup Fund Review Board. (MGL 21J). Appointed to represent the State Fire Marshal as chairman of the Board. Responsible to assist owners of underground tanks storing motor fuel to comply with federal Resource Conservation Recovery Act (RCRA) financial responsibility regulations.

1984-1992     State Fire Marshal Investigator. Division of State Police, Designated State Fire Marshal, Commonwealth of Massachusetts, Boston. Responsible to coordinate and direct statewide investigations to determine origin, cause and circumstance of arson fire/explosion. Prepare evidence and testify in court.

## *Education*
1978     Boston State College, (Sociology), Boston, Massachusetts
1974     Bristol Community College, A.S., (Law Enforcement). Fall River, Massachusetts

## *Licenses*
Massachusetts Fire Equipment Certificate of Competency, Number CC 6,
  Type 46 - Servicing portable fire extinguishers only.
  Type 47 - Servicing engineered fixed fire extinguishing systems.
  Type 48 - Servicing pre-engineered fixed fire extinguishing systems.
  Type 49 - Hydrostatic testing of cylinders.
Massachusetts Cannon / Mortar Certificate of Competency, Number CN 4,

## *Specialized Education*
1993     Massachusetts Maritime Academy, Occupational Health and Safety School, Bourne, Massachusetts
1992     H. David Howard Academy, U.S. Department of Transportation, Transportation Safety Institute, Tulsa, Oklahoma, American Commercial Drivers/Vehicle Inspector School, Cargo Tank Inspector School. Appointed Special Agent, U.S. Department of Transportation.
1992     Advanced Interviewing and Interrogation. Reid Technique, Boston, Massachusetts,
1985     National Fire Academy, US Fire Administration (FEMA) Emmetsburg, Maryland, Adjunct Instructor
1969     Massachusetts State Police Academy, Framingham, Massachusetts.

## *Relevant Experience*
1995     Chairman, National Fire Protection Association (NFPA-30A), Task Group, Marine Fueling. Oversee private sector / government task group responsible for researching, developing and implementing national marine fueling standard. NFPA 30A, Chapter 10, Marine Service Stations.

1992     Command Post Supervisor, Sail Boston (Tall Ships) Inter Agency Command, Boston. Supervised international participant compliance with Massachusetts Public Safety petroleum product handling, storage and dispensing regulations. Direct supervision of Federal participant vessel fueling support center. Commended by the U.S. Coast Guard.

1984 - Present     Member, National Fire Protection Association (NFPA-30A) Automotive and Marine Service Station, Technical Committee member.

## *Publications*
1999     "Marine Fueling Safety Is Everybody's Business", Feature Article, Petroleum Equipment & Technology, June 99, HMS Publishing, Inc, 312 West Main Street, Barrington, Ill.

2

| | |
|---|---|
| 1997 | "A Regulators Point of View" Article, Newsletter of the New England Chapter Society of Explosive Engineers. |
| 1995 | "Compliance Corner", Article, The Dispenser, Publication of the Commonwealth of Massachusetts Department of Public Safety |
| 1995 | "Regulatory Compliance and the Gas Station", Article, Journal of the New England Gasoline Retailers Association. |
| 1994 | "UST Owner / Operators Tightness Test Guide", 24 Pages, Published with a Grant from the US Environmental Protection Agency, Washington, DC |
| 1994 | "UST Owner / Operators Compliance Guide", 28 Pages, Published with a Grant from the US Environmental Protection Agency, Washington, DC |
| 1994 | "UST Compliance Guide", 70 Pages, Published with a Grant from the US Environmental Protection Agency, Washington, DC |

*Presentations*

| | |
|---|---|
| 1996 | "Compliance", Lecture, Independent Oil Marketers Association of New England, Semi Annual Meeting, Marlboro, Massachusetts |
| 1996 | "Regulation of Commercial Explosives", Presentation, Massachusetts State Firefighting Academy, Stow, Massachusetts. |
| 1995 | "State Assurance Fund Compliance", Lecture, Suffolk University, Boston, Massachusetts |
| 1994 | "Regulatory Compliance", Guest Speaker, 7th Annual Massachusetts Fire Prevention Association Meeting University of Massachusetts, Amherst, Massachusetts |
| 1994 | "Regulations and the Government", Guest Speaker, Annual Meeting, Massachusetts Marine Trades Association, Bayside Exposition Center, Boston, Massachusetts |
| 1994 | "Regulatory Compliance Procedures", Lecture, Worcester State College, Worcester, Massachusetts |
| 1987 | "Massachusetts Fire Code", Lecture, Office of the State Fire Marshal, Commonwealth of Massachusetts |
| 1987 | "Fire Prevention Enforcement", Lecture, Massachusetts Fire Prevention Association, University of Massachusetts, Amherst, Massachusetts |

*Awards and Commendations*

| | |
|---|---|
| 1987 | Commendation, District Attorney, Norfolk County, Massachusetts |
| 1987 | Commendation, Selectmen, Town of Westwood, Massachusetts |
| 1990 | Certificate of Recognition, Veterans of Foreign Wars |
| 1990 | Certificate of Outstanding Service, District Attorney, Middlesex County, Massachusetts |
| 1992 | Certificate of Appreciation, United States Coast Guard |
| 1992 | Commendation, Fire Prevention, Police Department, Town of Easton, Massachusetts |
| 1992 | Commendation, Fire Investigation, City of Taunton, |
| 1993 | Commendation, Revision of Fire Prevention Regulations, Commissioner of Public Safety, Commonwealth of Massachusetts. |
| 1994 | Commendation, Implementation of Underground Storage Tank Program, Secretary of Public Safety, Commonwealth of Massachusetts |
| 1995 | Commendation, Operation of Massachusetts Underground Storage Tank Program, Region I, U.S. Environmental Protection Agency. |

*Expert Witness*

Court qualified as an Expert in the determination of the Cause, Origin, and Circumstance of Fire and Explosion.

| *DATE* | *COURT* | *DOCKET NO* | *NAME* |
|---|---|---|---|
| 1984 | Chelsea District Court | | |
| 1984 | Suffolk Superior Court | | |
| 05/06/85 | Quincy District Court | 8504602A | Cusini |
| 07/01/85 | Boston District BMC | 856556 | Coppola |
| 07/10/85 | Quincy District Court | 8505159B | Marobella |

| | | | |
|---|---|---|---|
| 09/04/85 | Norfolk Superior Court | JR850634B | Smith |
| 06/25/86 | Boston District BMC | 216324A&B | Coppola |
| 08/28/86 | East Boston District | 1843A | Albano |
| 03/06/87 | Chelsea District Court | 872100A | Barrett |
| 03/30/87 | Norfolk Superior Court | 84668 | Badessa |
| 04/03/87 | Dedham District Court | 8754CR0899A | Badessa |
| 02/12/88 | Boston District BMC | 871274 | Barrett |
| 03/13/91 | Bristol Superior Court | Ind 24204-08 | Affonso, |
| 01/23/92 | Suffolk Superior Court | | Halliday V S River YC |

*Fire Cause and Origin Investigations*
  Primary Origin, Cause and Circumstance Investigator, 281 Incidents of Fire/Explosion
  Secondary Origin, Cause and Circumstance Investigator, 124 Incidents of Fire/Explosion

4