UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| STANDARD FIRE INSURANCE COMPANY,<br>Plaintiff | )<br>)<br>)<br>) |  |
| v. | )<br>) | Civil Action No.<br>04-12244-GAO |
| CROSBY YACHT YARD, INC. AND,<br>OYSTER HARBORS MARINE, INC.,<br>Defendants. | )<br>)<br>)<br>)<br>) |  |

## JOINT MOTION TO CONTINUE STATUS CONFERENCE

NOW COME the parties, by and through their undersigned attorneys, and move that this honorable Court continue the Status Conference currently scheduled for October 29, 2007 for 30 days.

As reason therefor, the parties state that they have been involved in settlement negotiations and completing other discovery work. The additional time will enable the parties to either arrive at settlement and/or to effectively complete further discovery matters

WHEREFORE, the parties pray that the Status Conference scheduled for October 29, 2007 be continued 30 days.

By their attorneys,

 /s/ Seth S. Holbrook
Seth S. Holbrook, BBO # 237850
Holbrook & Murphy
238-240 Lewis Wharf
Boston, MA 02110
holbrook_murphy@msn.com

/s/ Robert E. Kiely
Robert E. Kiely
Regan & Kiely, LLP
88 Black Falcon Avenue, Suite 330
Boston, MA 02210
rek@regankiely.com

/s/ Robert E. Collins
Robert E. Collins
Clinton & Muzyka
One Washington Mall, Suite 1400
Boston, MA 02108
Rcollins@clinmuzyka.com

/s/ John F. Folan
John F. Folan
Folan & McGlone P.C.
401 County Street
New Bedford, MA 02740
folan.mcglone@verizon.net

/s/ Paul F. Cavanaugh
Paul F. Cavanaugh
Daly Cavanaugh LLP
27 Mica Lane
Wellesley, MA 02481
pfc@dalylaw.com

/s/ Deborah A. Crinigan
Deborah A. Crinigan
White and Williams, LLP
1800 One Liberty Place
Philadelphia, PA 19103-7395
Crinigand@whiteandwilliams.com

/s/ John Bruno
John Bruno
Law Offices of Masi & Bruno
124 Long Pond Road, Unit 11
Plymouth, MA 02360
Jbruno@Allmerica.com

Certificate of Service

      I hereby certify that on October 23, 2007, I electronically filed a Joint Motion to Continue Status Conference with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Robert E. Kiely
Regan & Kiely, LLP
88 Black Falcon Avenue, Suite 330
Boston, MA 02210

Robert E. Collins
Clinton & Muzyka
One Washington Mall, Suite 1400
Boston, MA 02108

John F. Folan
Folan & McGlone P.C.
401 County Street
New Bedford, MA 02740

Paul F. Cavanaugh
Daly Cavanaugh LLP
27 Mica Lane
Wellesley, MA 02481

Deborah A. Crinigan
White and Williams, LLP
1800 One Liberty Place
Philadelphia, PA 19103-7395

John Bruno
Law Offices of Masi & Bruno
124 Long Pond Road, Unit 11
Plymouth, MA 02360

      /s/ Seth S. Holbrook
      Holbrook & Murphy
      238-240 Lewis Wharf
      Boston, MA 02110
      (617) 428-1151
      holbrook_murphy@msn.com