**MICHAEL L. COLLYER**
10 Upland Way
Mattapoisett, MA 02739
(508) 758-6600

**EXPERIENCE:**

| | |
|---|---|
| September 1985 to Present | <u>Marine Safety Consultants, Inc.</u> General Manager & Senior Surveyor conducting loss and damage surveys aboard commercial and recreational vessels. Conduct condition and valuation appraisals and surveys aboard certificated passenger vessels, commercial vessels, tugs, barges, and yachts. Provide written reports to owners, buyers, sellers, lenders and underwriters. Manage third party claims resulting from maritime catastrophes, such as oil spills. Provide consulting expertise in matters relating to maritime workplace safety, vessel safety, salvage and repair. Served as instructor in Navigation and Seamanship at Northeast Maritime, Inc. |
| July 1980 - July 1987 | <u>Collyer Brothers, Inc.</u> President and Treasurer of marine towing and transport company, engaged in commercial assistance, salvage and non-emergency towing operations. Provide consulting and surveying expertise on part-time basis to Marine Safety Consultants, Inc. Instructor of Seamanship, Piloting and Navigation at New England Technical Institute. |
| Dec 1976 - Sept 1987 | <u>New Bedford Yacht Club</u>, General Manager of 100 slip, full service marina and yacht club, responsible for operation of three licensed passenger vessels, yard maintenance and repair facility, plus supervision of 60 employees, and hospitality services. Served as instructor at local vocational-technical school in navigation, seamanship and architectural drafting. During off season involved in the construction of marina piers; and the design and construction of floating marina facilities, as well as shoreside structures within the flood zone. |
| July 1974 - Nov 1976 | <u>Massachusetts Department of Natural Resources</u>, Serving as Law Enforcement Officer, watch captain and operator of coastal patrol boat. Enforce fisheries and recreational boating laws. Conduct investigations regarding violation complaints. |
| July 1971 - June 1974 | <u>Various</u>, Sea-going positions with Military Sea-Lift Command Atlantic; mate aboard offshore lobster vessel for Western Ocean Resources, and aboard other commercial vessels. |

**EDUCATION:** B. S. Massachusetts Maritime Academy, Nautical Science and Marine Transportation; regular attendee to professional seminars on technical marine-related topics.

**PERSONAL:** Member: US Naval Institute; Society of Naval Architects & Marine Engineers; Propeller Club - Port of Boston; American Boat & Yacht Council; National Fire Protection Assoc.; Licensed Mass. Construction Supervisor #9706; Licensed as Third Mate by USCG, Any Gross Tonnage, on Oceans.

## MICHAEL L. COLLYER     *TRIAL/DEPOSITION LIST*     PAGE 1

===========================================================================

### 1997

| File No. | Case/file name | Testimony | Date |
|---|---|---|---|
| 94-1149 | Philbin, Mark vs Chubb Ins, Co. | DEPO | 4/8 |
| 96-0664 | Ford, George vs New York Yacht Club<br>Federal Court – Providence, RI | COURT | 4/17 |
| 97-0334 | Menemsha Marine vs Landow, Mark<br>Barnstable Superior Court, MA | COURT | 6/9 |
| 97-0429 | Morse, Timothy vs<br>F/V NORTHERN VOYAGER | DEPO | 10/1 |
| 95-0166 | International Ship Repair vs.<br>Dann Ocean Towing<br>Federal Court – Tampa, FL | COURT | 11/26 |

===========================================================================

### 1998

| File No. | Case/file name | Testimony | Date |
|---|---|---|---|
| 96-0996 | Commercial Union Assurance Co. PLC vs<br>Mathew Hilton | DEPO | 1/14 |

===========================================================================

### 1999

| File No. | Case/file name | Testimony | Date |
|---|---|---|---|
| 97-0178 | Southport Marina vs<br>Boston Towing & Transportation<br>& Gulf Oil Corp. | DEPO | 1/12 |
| 98-0121 | Lilley Trust vs<br>Maine Shipyard<br>Federal Court – Portland, ME | COURT | 3/5 |
| 97-0178 | Southport Marina vs<br>Boston Towing & Transportation<br>& Gulf Oil Corp.<br>Federal Court – Portland, ME | COURT | 4/12 |

| MICHAEL L. COLLYER | | TRIAL/DEPOSITION LIST | PAGE 2 |
|---|---|---|---|
| 98-0241 | Donjon Marine vs.<br>Sterling Equipment, Inc. | DEPO | 7/13 |
| 99-0375 | Northeast Drilling vs.<br>Inner Space Services | DEPO | 8/25 |
| 99-1006 | Luna Protective Society vs.<br>Metropolitan District Commission | DEPO | 12/16 |

## 2000

| File No. | Case/file name | Testimony | Date |
|---|---|---|---|
| 99-0375 | Northeast Drilling vs.<br>Inner Space Services<br>Federal Court – Portland, ME | COURT | 2/14 |
| 99-1082 | Oyster House Marina vs.<br>Narragansett Electric Co.<br>Federal Court – Providence, RI | COURT | 3/7 |

## 2001

| File No. | Case/file name | Testimony | Date |
|---|---|---|---|
| 01-0377 | Norwalk Cove Marina vs.<br>S/V ODYSSEUS<br>Superior Court – Norwalk, CT | COURT | 4/17 |

## 2002

| File No. | Case/file name | Testimony | Date |
|---|---|---|---|
| 01-0820 | Lockwood Marine, Inc. vs.<br>Simpson Towing & Salvage | DEPO | 9/5 |

## 2003

| 01-1270 | Gardella Equipment Corp. vs.<br>Balfour Beatty Construction | DEPO | 12/15 |

**MICHAEL L. COLLYER**          *TRIAL/DEPOSITION LIST*          PAGE 3

## 2004

| File No. | Case/file name | Testimony | Date |
|---|---|---|---|
| 01-0557 | Acadia Ins. & Martin Hannigan vs. Boston Yacht Sales | DEPO | 12/23/04 |