UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

STANDARD FIRE INSURANCE COMPANY,
    Plaintiff

VS.                                                                    DOCKET NO. 04-12244 GAO

CROSBY YACHT YARD, INC. and
OYSTER HARBORS MARINE, INC.,
    Defendants
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## DEFENDANT, OYSTER HARBORS MARINE, INC.'S PRETRIAL DISCLOSURES

Now comes the Defendant, Oyster Harbors Marine, Inc., and makes the following pretrial disclosures as required by Federal Rule of Civil Procedure 26(a)(3).

### A.    WITNESSES

The following are witnesses whom the defendant expects to call at trial:

### I.    Public Sector Witnesses

1. John M. Farrington, Fire Chief, Centerville/Osterville/Marstons Mills Fire District, 25 Robin Street, Osterville, Massachusetts.

2. Martin McNeely, Fire Inspector, Centerville/Osterville/Marstons Mills Fire District, 151 Peach Tree Road, Marstons Mills, Massachusetts.

3. David B. Rogers, Captain, Centerville/Osterville/Marstons Mills Fire Department, 39 Jobies Lane, Osterville, Massachusetts.

4. Glenn Wilcox, Fire Inspector, Centerville/Osterville/Marstons Mills Fire District, Osterville, Massachusetts.

### II.    Private Sector Witnesses

5. John W. Furrh, John W. Furrh Associates, Inc.
    Business address:    135 Washington Street, Taunton, Massachusetts
    Home address:    1580 Pine Street, Dighton, Massachusetts

6. Stephen J. Wood, John W. Furrh Associates, Inc.
    Business address:    135 Washington Street, Taunton, Massachusetts
    Home address:    302 Nasketucket Way, Fairhaven, Massachusetts

7. Peter S. Maryott, General Manager, Oster Harbors Marine, 138 King James Drive, East Dennis, Massachusetts

### III.    Expert Witnesses

8.    William M. Shaughnessy, WMF Services
P.O. Box 443, Halifax, Massachusetts

9.    Jack Mawhinney, P.E., 3610 Commerce Drive, Baltimore, Maryland

### B.    DEPOSITIONS

The Defendant expects to read into testimony portions of the depositions of transcripts of any witness who for any reason becomes unavailable prior to trial.

### C.    EXHIBITS

1.    Fire Investigative Summary Report, COMM Fire Department, Incident Number 0003330

2.    All documents marked as Exhibits in the deposition of Chief John Farrington

3.    All documents marked as Exhibits at the deposition of John W. Furrh

4.    All documents marked as Exhibits at the deposition of Stephen J. Wood

5.    Massachusetts Fire Laws Regulations and Standards pertaining to Marina Operations

6.    Massachusetts State Building Code, Massachusetts General Laws, Chapter 148

7.    Massachusetts Board of Fire Prevention Regulation Code 527 CMR

8.    Copies of boat storage agreements or boats stored on Oyster Harbors Marine, Inc.'s property

9.    Copies of Marina Licenses and Permits as previously disclosed in Response to Request for Documents.


Respectfully submitted,
Attorney for Defendant,
Oyster Harbors Marine, Inc.,


/s/ John H. Bruno II
John H. Bruno II, Esquire
B.B.O. No. 542098
Masi & Bruno
124 Long Pond Road
Unit 11
Plymouth, MA 02360
(508)747-5277
JBruno@Hanover.com