# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| STANDARD FIRE INSURANCE COMPANY,<br>　　　　　　　　　　　Plaintiff<br><br>　　v.<br><br>CROSBY YACHT YARD, INC. AND,<br>OYSTER HARBORS MARINE, INC.,<br>　　　　　　　　　　　Defendants. | Civil Action No.<br>04-12244-GAO |

## STIPULATION OF DISMISSAL

Now come the parties, in the above entitled action, by their attorneys, and hereby stipulate pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, that the above cited action be dismissed with prejudice and without interest, costs or attorneys fees and that no further action or actions be brought upon the same grounds.

Dated this 23rd day of June, 2008.

　　　　　　　　　　　　　　　　　　By their attorneys,

　　　　　　　　　　　　　　　　　　/s/ Robert E. Kiely
　　　　　　　　　　　　　　　　　　Robert E. Kiely
　　　　　　　　　　　　　　　　　　Regan & Kiely, LLP
　　　　　　　　　　　　　　　　　　88 Black Falcon Avenue, Suite 330
　　　　　　　　　　　　　　　　　　Boston, MA 02210
　　　　　　　　　　　　　　　　　　rek@regankiely.com

　　　　　　　　　　　　　　　　　　/s/ Robert E. Collins
　　　　　　　　　　　　　　　　　　Robert E. Collins
　　　　　　　　　　　　　　　　　　Clinton & Muzyka
　　　　　　　　　　　　　　　　　　One Washington Mall, Suite 1400
　　　　　　　　　　　　　　　　　　Boston, MA 02108
　　　　　　　　　　　　　　　　　　Rcollins@clinmuzyka.com

/s/ John F. Folan
John F. Folan
Folan & McGlone P.C.
401 County Street
New Bedford, MA 02740
folan.mcglone@verizon.net

/s/ Paul F. Cavanaugh
Paul F. Cavanaugh
Daly Cavanaugh LLP
27 Mica Lane
Wellesley, MA 02481
pfc@dalylaw.com

 /s/ Deborah A. Crinigan
Deborah A. Crinigan
White and Williams, LLP
1800 One Liberty Place
Philadelphia, PA 19103-7395
Crinigand@whiteandwilliams.com

/s/ John Bruno
John Bruno
Law Offices of Masi & Bruno
124 Long Pond Road, Unit 11
Plymouth, MA 02360
Jbruno@Allmerica.com

 /s/ Seth S. Holbrook
Seth S. Holbrook, BBO # 237850
Holbrook & Murphy
238-240 Lewis Wharf
Boston, MA 02110
holbrook_murphy@msn.com
(617) 428-1151

CERTIFICATE OF SERVICE

    I, Seth Holbrook, hereby certify that on June 23, 2008, I electronically filed the within document with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Robert E. Kiely
Regan & Kiely, LLP
88 Black Falcon Avenue, Suite 330
Boston, MA 02210

Robert E. Collins
Clinton & Muzyka
One Washington Mall, Suite 1400
Boston, MA 02108

John F. Folan
Folan & McGlone P.C.
401 County Street
New Bedford, MA 02740

Paul F. Cavanaugh
Daly Cavanaugh LLP
27 Mica Lane
Wellesley, MA 02481

Deborah A. Crinigan
White and Williams, LLP
1800 One Liberty Place
Philadelphia, PA 19103-7395

John Bruno
Law Offices of Masi & Bruno
124 Long Pond Road, Unit 11
Plymouth, MA 02360

/s/ Seth S. Holbrook
Holbrook & Murphy
238-240 Lewis Wharf
Boston, MA 02110
(617) 428-1151
holbrook_murphy@msn.com